UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

       Plaintiff,

v.

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

       Defendant.

Case No. 3:22-cv-00046

## NOTICE OF APPEARANCE

    To the Clerk of this Court and all parties of record, please take notice of the appearance of Perry F. Austin, a member of the bar of the Court, for Defendant WP Company LLC d/b/a The Washington Post.

Dated:  November 7, 2022

Respectfully submitted,

By:   /s/ *Perry F. Austin*

Perry F. Austin (VSB No. 93373)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
paustin@wc.com
*Counsel for WP Company LLC*

*Of Counsel for WP Company LLC:*

Thomas G. Hentoff (*pro hac vice* forthcoming)
Nicholas G. Gamse (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Counsel for WP Company LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 7, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

                 /s/ *Perry F. Austin*
                 *Counsel for WP Company LLC*