UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. ROBERT W. MALONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WP COMPANY LLC,<br>D/B/A THE WASHINGTON POST,<br><br>　　　　Defendant. | Case No. 3:22-cv-00046 |

**[PROPOSED] ORDER**

　　　　Upon the motion of Perry F. Austin, a member of the bar of this Court who has appeared in this action, it is hereby ORDERED that the Motion to Admit Thomas G. Hentoff *Pro Hac Vice* is GRANTED.

Date: _____, 2022

_____
Hon. Norman K. Moon
Senior United States District Judge