UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

      Plaintiff,

v.

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

      Defendant.

Case No. 3:22-cv-00046

## MOTION TO ADMIT NICHOLAS G. GAMSE *PRO HAC VICE*

Perry F. Austin, a member of the bar of this Court, on behalf of Defendant WP Company LLC, d/b/a/ The Washington Post, hereby moves for the admission of Nicholas G. Gamse to appear *pro hac vice* to represent the Post in this action, and in support states:

1.    Nicholas G. Gamse, District of Columbia Bar Number 1018297 and New York Bar Number 5010665, is a partner with the law firm of Williams & Connolly LLP in Washington, DC, and has been a member in good standing of the Bar of the District of Columbia since February 3, 2014, and the Bar of the State of New York since April 9, 2012.

2.    Mr. Gamse is also a member in good standing of the bars of the Supreme Court of the United States, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the District of Columbia.

3.    Mr. Gamse has never been the subject of any disciplinary action concerning the practice of law and has never been denied admission to practice in any court or jurisdiction.

4. Mr. Gamse is an attorney assisting me in representing the Post in this action and seeks admission to the Bar of this Court for this purpose.

5. Mr. Gamse has read and will comply with the rules of this Court, and will at all times abide by and comply with the same as long as this proceeding is pending and the firm has not withdrawn as counsel herein.

6. The undersigned attests to the good moral character and legal abilities of Mr. Gamse.

Dated: November 7, 2022

/s/ *Perry F. Austin*
Perry F. Austin (VSB No. 93373)
Williams & Connolly LLP

680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
paustin@wc.com

*Counsel for WP Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2022, I served the foregoing document upon all counsel via CM/ECF.

/s/ *Perry F. Austin*
Perry F. Austin (VSB No. 93373)
Williams & Connolly LLP

680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
paustin@wc.com

*Counsel for WP Company LLC*