UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

       Plaintiff,

v.

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

       Defendant.

Case No. 3:22-cv-00046

**[PROPOSED] ORDER**

Upon the motion of Perry F. Austin, a member of the bar of this Court who has appeared in this action, it is hereby ORDERED that the Motion to Admit Nicholas G. Gamse *Pro Hac Vice* is GRANTED.

Date: _____, 2022

_____
Hon. Norman K. Moon
Senior United States District Judge