UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. ROBERT W. MALONE,<br><br>   Plaintiff,<br><br>v.<br><br>WP COMPANY LLC,<br>D/B/A THE WASHINGTON POST,<br><br>   Defendant. | Case No. 3:22-cv-00046 |

## THE WASHINGTON POST'S MOTION TO DISMISS

WP Company LLC d/b/a The Washington Post, by and through undersigned counsel, respectfully moves the Court to dismiss the Complaint in this action with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Virginia's anti-SLAPP statute, Va. Code Ann. § 8.01-223.2. The grounds for the motion are set forth in the accompanying memorandum of law.

Dated: November 7, 2022

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ *Perry F. Austin*

Thomas G. Hentoff (*pro hac vice* application filed)
Nicholas G. Gamse (*pro hac vice* application filed)
Perry F. Austin (VSB No. 93373)

680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
paustin@wc.com

*Counsel for WP Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Perry F. Austin*
*Counsel for WP Company LLC*