UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

    Plaintiff,

v.                                           Case No. 3:22-cv-00046

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

    Defendant.

## [PROPOSED] ORDER

THIS MATTER is before the Court on The Washington Post's November 7, 2022 motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Virginia's anti-SLAPP statute, Va. Code Ann. § 8.01-223.2. For the reasons stated in the Post's motion and accompanying memorandum of law, it is hereby **ORDERED** that:

1.     The Post's motion is **GRANTED**; and

2.     Plaintiff's complaint is **DISMISSED with prejudice**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: _____            _____

                                                                       Norman K. Moon
                                                                          Senior United States District Judge