# EXHIBIT D

# An Open Letter to Spotify – An Open Letter to Spotify

 **spotifyopenletter.wordpress.com**/2022/01/10/an-open-letter-to-spotify

January 10, 2022

### An Open Letter to Spotify: A call from the global scientific and medical communities to implement a misinformation policy

On Dec. 31, 2021, the *Joe Rogan Experience* (JRE), a Spotify-exclusive podcast, uploaded a highly controversial episode featuring guest <u>Dr. Robert Malone</u> (#1757). The episode has been <u>criticized</u> for promoting baseless conspiracy theories and the JRE has a concerning <u>history</u> of broadcasting misinformation, particularly regarding the COVID-19 pandemic. By allowing the propagation of false and societally harmful assertions, Spotify is enabling its hosted media to damage public trust in scientific research and sow doubt in the credibility of data-driven guidance offered by medical professionals. JRE #1757 is not the only transgression to occur on the Spotify platform, but a relevant example of the platform's failure to mitigate the damage it is causing.

We are a coalition of scientists, medical professionals, professors, and science communicators spanning a wide range of fields such as microbiology, immunology, epidemiology, and neuroscience and we are calling on Spotify to take action against the mass-misinformation events which continue to occur on its platform. With an estimated 11 million listeners per episode, JRE is the world's largest podcast and has tremendous influence. Though Spotify has a responsibility to mitigate the spread of misinformation on its platform, the company presently has no misinformation policy.

Throughout the COVID-19 pandemic, Joe Rogan has repeatedly spread misleading and false claims on his podcast, provoking distrust in science and medicine. He has <u>discouraged</u> vaccination in young people and children, <u>incorrectly</u> claimed that mRNA vaccines are "gene therapy," promoted off-label use of <u>ivermectin</u> to treat COVID-19 (contrary to FDA <u>warnings</u>), and spread a number of unsubstantiated conspiracy theories. In episode #1757, Rogan hosted Dr. Robert Malone, who was <u>suspended</u> from Twitter for spreading misinformation about COVID-19. Dr. Malone used the JRE platform to further promote numerous baseless claims, including several <u>falsehoods</u> about COVID-19 vaccines and an <u>unfounded</u> theory that societal leaders have "hypnotized" the public. Many of these statements have already been <u>discredited</u>. Notably, Dr. Malone is one of two recent JRE guests who has compared pandemic policies to the <u>Holocaust</u>. These actions are not only objectionable and offensive, but also medically and culturally dangerous.

The average age of JRE listeners is <u>24</u> years old and according to <u>data</u> from Washington State, unvaccinated 12-34 year olds are 12 times more likely to be hospitalized with COVID than those who are fully vaccinated. Dr. Malone's interview has reached many tens of

millions of listeners vulnerable to predatory medical misinformation. Mass-misinformation events of this scale have extraordinarily dangerous ramifications. As scientists, we face backlash and resistance as the public grows to distrust our research and expertise. As educators and science communicators, we are tasked with repairing the public's damaged understanding of science and medicine. As physicians, we bear the arduous weight of a pandemic that has stretched our medical systems to their limits and only stands to be exacerbated by the anti-vaccination sentiment woven into this and other episodes of Rogan's podcast.

This is not only a scientific or medical concern; it is a sociological issue of devastating proportions and Spotify is responsible for allowing this activity to thrive on its platform. *We, the undersigned doctors, nurses, scientists, and educators thus call on Spotify to immediately establish a clear and public policy to moderate misinformation on its platform.*

Signed,

**Adriana Sosa**, **DO**: Medical Resident

**Adrianna Tseretopoulos, MBBS, MRCGP:** Physician

**Alexis Paulson, MSN, APRN**: Nurse Practitioner

**Alie Ward**: Host/Science Correspondent, Ologies Podcast

**Allison Myers, MD, MPH**: Nurse Practitioner

**Allison Neitzel, MD:** Physician

**Alyssa Fears, PhD, MPH&TM**: Postdoctoral Fellow; University of Texas Medical Branch

**Anand Swaminathan, MD, MPH**: Assistant Professor of Emergency Medicine, St. Joseph's University Medical Center

**Andrea Love, PhD**: Immunologist/Microbiologist

**Andrei Mayer, PhD**: Assistant Professor, Federal University of Santa Catarina

**Andrew Bauman, MD**: Medical Faculty; Geisle School of Medicine at Dartmouth

**Angela Lindsay, AGPCNP**: Nurse Practitioner

**Angharad Ames, MD**: Chief Resident, University of California Riverside

**Anita Patel, MD**: Assistant Professor of Pediatrics, Childrens National Medical Center

**Anna Stovall, PhD:** Associate Medical Writer

**April English, MPH**: Science Correspondent, Unbiased Science Podcast

**Arden Heath**: Clinical Microbiology MS Student

**AS Richards**: Research Fellow, Science Communicator

**Asher Williams, PhD:** Presidential Postdoctoral Fellow, Cornell University

**Ashim Ahuja, MD**: Physician

**Ashley Pacheco, MSN, APRN, FNP-BC**: Nurse Practitioner

**Atoosa Kourosh, MD, MPH**: Clinical Faculty, Arkansas College of Osteopathic Medicine

**Autumn Schuster, MSW, LCSW**: Licensed Clinical Social Worker, University of California Irvine

**Avisha NessAiver, MS**: Chief Science Officer

**Azad Gucwa, PhD, MT(ASCP)**: Assistant Professor; Farmingdale State College

**Azizul Rehman, MD**: Interventional Cardiologist

**Azza Gadir, PhD**: Immunologist

**Baptiste Lacoste, PhD:** Assistant Professor, University of Ottawa

**Barry Jarvis, MD**: Attending Physician

**Ben Rein, PhD**: Postdoctoral Fellow, Stanford University

**Benjamin Steinberg, PsyD**: Psychologist

**Bianca Patel, MD, MPH**: Pediatrician

**Blair Bentley, PhD**: Postdoctoral Fellow, University of Massachusetts Amherst

**Bnar Talabani, MBBCh:** Clinical Nephrologist

**Boris Tezak, PhD**: Postdoctoral Fellow, Duke University Medical Center

**Breann Abernathy, PhD**: Postdoctoral Fellow, University of Minnesota

**Brianna Soreth, MA**: Clinical Research Coordinator

**Bridget Scallen, MS**: Editor, Unbiased Science Podcast

**Cara Grome, MD**: Psychiatrist

**Cara L Santa Maria, MS, MA**: Psychotherapist, PhD Candidate, Cedars Sinai Medical Center

**Carl Nathan, MD**: Professor, Weill Cornell Medicine

**Carrie Ingersoll-Wood**: PhD Candidate, Syracuse University

**Cassandre Gousse, BSN, RN**: Registered Nurse

**Chelsea Matos, MSN, FNP-C**: Family Nurse Practitioner

**Christian Capitini, MD**: Associate Professor, University of Wisconsin-Madison

**Christine Garvey, DVM**: Associate Veterinarian

**Christopher McMillan, PhD**: Postdoctoral Fellow, The University of Queensland

**Colleen Trecartin-Frost, DMD**: Dentist

**Courtney Kennedy, MS, PA-C**: Physician Assistant

**Crissi Stokes, DHSc**: Professor

**Crystal Pawula, MSN**: Adult-Gerontology Primary Care Nurse Practitioner

**Cydney Jardine, MPH**: Epidemiological Researcher, Colorado State University

**Daniel Anthony Barone, MD**: Associate Professor of Clinical Neurology; Weill Cornell Medicine

**Daniel Wilson, PhD**: Analytical Scientist

**Danielle Jones, MD, FACOG:** Consultant

**Danielle Levitt, PhD**: Postdoctoral Fellow, Louisiana State University Health Sciences Center

**David Craig, MD**: Emergency Medicine Physician

**David Levine, MA**: Writer/Researcher, Johns Hopkins University

**David Stukus, MD**: Professor of Pediatrics, Division of Allergy and Immunology, Nationwide Childrens Hospital and The Ohio State University College of Medicine

**Dee Chohan, MBBChir, FACEM**: Staff Specialist in Emergency Medicine

**Divya Ramjee, MS**: PhD Candidate, Adjunct Professor, American University

**Dorothy Zahor, MS**: Eastern Michigan University

**Eden Maness, MA**: Psychiatry Research Fellow, Harvard Medical School

**Elisabeth Marnik, PhD**: Assistant Professor of Molecular Biochemistry and Microbiology

**Elissa Tremblay, MSN**: Nurse Practitioner

**Elizabeth Cebul, PhD**: Postdoctoral Fellow

**Elizabeth Delery, PhD**: Assistant Professor, Marian University

**Elle Michel, LMFT**: Licensed Marriage and Family Therapist

**Emily Cheng, BSN, RN, CCRN-CSC**: ICU Nurse

**Emily Scott, RN, BSN**: Registered Nurse

**Emma Fite-Wassilak, MD**: Family Physician

**Eric Burnett, MD, MBS**: Assistant Professor of Clinical Medicine

**Eric Topol, MD**: Professor and EVP, Scripps Research

**Erica Wilson, PharmD, BCPS**: Assistant Professor, Notre Dame of MD University School of Pharmacy

**Erin MacMillan, PA:** Physician Associate

**Esther Sandoval, MSc**: Associate Professor, College of the Sequoias

**Ethan Chapin, MD**: Emergency Physician

**Forrest Valkai**: Masters Student, University of Tulsa

**Flyne Anderson, RN, BSN**: Registered Nurse

**Francis Barany, PhD**: Professor, Weill Cornell Medicine

**Gabriel Evaristo, MD**: Obstetrician-Gynecologist

**Gabrielle Hood, MD**: Staff Physician

**Georgina Morley, PhD**

**Glen Pyle, PhD:** Professor, University of Guelph

**Gregory Baker, MD:** Attending Anesthesiologist

**Haley Amplo**: Graduate Researcher, Rutgers University Newark

**Hayley Dewey-Hagborg, MS**: Associate Scientist

**Heather Caslin, PhD**: Postdoctoral Fellow, Vanderbilt University

**Heather Irobunda, MD**: Attending Physician

**Imogen R Coe, PhD**: Professor, Ryerson University

**Inna Kanevsky, PhD**: Professor, San Diego Mesa College

**Jaclyn Steinbach, BVetMed MRCVS**: Head of Veterinary Translational Medicine

**Jaclyn Usuriello, RN, BSN**: Research Nurse

**Jaclyn Wolfe**: Senior Biochemist

**James Bradac, PhD**: Former Chief, Preclinical R&D, Division of Aids, NIAID, NIH

**Jason Prystowsky, MD, MPH**: Emergency Physician

**Jen Gunter, MD**: Physician

**Jen Nossokoff, PA-C**: Physician Assistant

**Jena Hales, PhD**: Associate Professor of Neuroscience, University of San Diego

**Jenna Lizewski, DNP, FNP-C**: Family Nurse Practitioner

**Jenna Meyers, MSN, CPNP**: Emergency Medicine Nurse Practitioner

**Jennifer Hickey**: Senior Research Associate

**Jennifer Lincoln, MD**: Attending Physician

**Jennifer Wenzel, PhD**: Assistant Professor, University of San Diego

**Jessica Malaty Rivera, MS**: Infectious Disease Epidemiology Research Fellow, Boston Children's Hospital

**Jessica Steier, DrPH**: Public Health Scientist

**Jessica Stokes-Parish, PhD, RN, MNurs**: Assistant Professor of Medicine, Bond University

**Jessie Brown, PhD**: Postdoctoral Fellow, Columbia University

**Jilyan Decker, MD**: Resident Physician

**Joan Chandra, MD**: Instructor in Medicine, Dartmouth-Hitchcock Medical Center

**Johanna Hild, DO**: Resident Physician

**John Brownstein, PhD**: Professor, Harvard Medical School

**John P Moore, PhD**: Professor of Microbiology and Immunology, Weill Cornell Medicine

**Jonathan Alessi**: MD/PhD Candidate

**Jonathan Jarry, MSc**: Science Correspondent, McGill University

**Jonathan Laxton, MD, FRCPC**: Assistant Professor of Medicine, University of Manitoba

**Jonathan N Stea, PhD**: Clinical Psychologist, Adjust Assistant Professor, University of Calgary

**Joseph Osmundson, PhD**: Clinical Assistant Professor, New York University

**Joseph Zundell, PhD**: Postdoctoral Fellow, University of Pennsylvania

**Juan R Cubillos-Ruiz, PhD**: Associate Professor of Immunology, Weill Cornell Medicine

**Justin Trotter, PhD**: Instructor, Stanford University

**Justyna Kulpa, PhD**: Senior Scientist

**Kaitlyn Gooding, MD**: Medical Resident

**Karen Nguyen**: Public Health Microbiologist, Cal State University Fullerton

**Karen Tang, MD, MPH**: Senior Physician

**Karl Nadolsky, DO**: Endocrinologist, Assistant Professor of Medicine, Michigan State University

**Katie Ruschman, RN, BSN**: Nurse

**Katie Stiles, PhD**: Assistant Professor of Research, Weill Cornell Medicine

**Katrine L Wallace, PhD**: Epidemiologist, Adjunct Assistant Professor, University of Illinois at Chicago School of Public Health

**Kayla A Nichols, PharmD**: Clinical Pharmacy Specialist, Emory University

**Kirsta Hoffman, MD**: Physician

**Korinne Bricker**: COVID-19 Laboratory Supervisor

**Kristen Watt, RPh**: Pharmacist

**Kristin Fontes, MD**: Emergency Medicine Physician

**Lace Riggs, PhD**: Postdoctoral Fellow; Massachusetts Institute of Technology

**Lara Lambert, MD**: Physician

CRPA 3 33 ** 00060 6NOV 5CH  DAYNAHA 33 9  WRA 1741)33  MRB 8 N,00  WRM4b: 243

**Laur Rubino, PhD**

**Laura Dees, BSN, MS, APRN, CRNA**

**Laura Hlohinec, RN**: Registered Nurse

**Lauren Bello-Matricaria, MPH**: Clinical Research Monitor

**Laren Seserko, OTR/L**

**Leah Steinberg**: Medical Student

**Lexi Goldstein, MD**: Medical Resident

**Lia Griffiths, PsyD**: Psychologist

**Lindsey Shultz, MD**: Public Health Advisor

**Lisa Boone, PA-C**: Physician Assistant

**Lisle Winston, MD**: Medical Resident

**Loralee Richter, PA-C, MS**: Physician Assistant

**Lorna Tychostup,** MS: Senior Communications Consultant, NYU

**Maddy Lewis, MPH**: Infectious Disease Epidemiologist

**Madelyn Pecyne, PA-C**:Physician Assistant

**Maike Neuhaus, PhD**: Honorary Research Fellow, University of Queensland

**Mallory Harris**: PhD Student, Stanford University

**Marcia Miller, MD**: Physician

**Maren Abromowitz, MSN**: Family Nurse Practitioner

**Maria Victoria Dreher Wentz, MSc**: Science Communicator

**Marie-Helene Lofland ANP-BC, CCRN, NEA**: Nurse Practitioner

**Mary Colasanto, PhD**: Clinical Genomic Scientist

**Mauricio Gonzales-Arias, MD**: Attending Physician

**Megan Hanley, NAR**: Nursing Assistant

**Melanie Evans Jakle, MSc**: Research Scientist

CWFA 3:53 YP-090960 VNGW 5GH   DXKYNWHA 02-4   WRRR 27GU123   WRRR 03 HU0D   WRRRARL 244

**Melissa Aswad, MPAS, PA-C**: Physician Assistant

**Merridee Lefner, PhD**: Postdoctoral Fellow, University of Texas at San Antonio

**Michael Aptman, MD**: Professor, University of Miami School of Medicine

**Michael LaFontaine, PhD**: Professor of Medical Biochemistry, Marian University COM

**Michael Lederman, MD**: Professor of Medicine (Emeritus), Case Western Reserve University

**Michael Natter, MD**: Endocrinology Fellow

**Michelle Krogsgaard, PhD**: Associate Professor, New York University School of Medicine

**Milene Vandal, PhD**: Postdoctoral Fellow, University of Calgary

**Mirella Salvatore, MD:** Assistant Professor of Medicine, Weill Cornell Medicine

**Miriam Merad, MD, PhD:** Director, Precision Immunology Institute, Mount Sinai School of Medicine

**Mirvat Termos, MPH**: PhD Student

**Moira Rashid, MD, MPH**

**Molly Nowels**: PhD Candidate, Rutgers School of Public Health

**Monique L. Smith, PhD**: Assistant Professor of Neuroscience, University of San Diego

**Morgan Freney**: PhD Candidate, University of Queensland

**Natalie Soto, MSc**: Science Teacher

**Natasha Bolotinsky, MD**: Attending Physician

**Navinder Jassil, MD**: Endocrinologist

**Neil Harrison, PhD**: Professor, Columbia University

**Nils-Petter Rudqvist, PhD**: Assistant Professor

**Nini Muñoz, PhD**: Senior Design Engineer

**Océane Sorel, DVM, PhD**

**Olivia Grant**: PhD Student

**Pascal S.C. Juang, MD**: Physician, Former Chief Resident at Harvard Emergency Medicine

**Paul Ian Cross, MSc, PhD**: Clinical Research Consultant

**Poorvi Desai, MD:** Hematologist/Oncologist

**Pushpendra Patel, MS, MD**: Medical Student

**Rachael Zemek, PhD**: Postdoctoral Fellow, University of Western Australia

**Rachel Aslanian, BSN**

**Rachel Mirabai Moore Troll, BSN, RN**: Registered Nurse

**Rashmi Advani, MD, DABOM**: Gastroenterology Fellow, Stony Brook University Hospital

**Rayna Sobieski, MD**: Attending Physician

**Renee Cavanagh, PsyD**: Subject Matter Expert, DHA

**Risa Hoshino, MD**: Pediatrician

**Robert Duff, PhD**: Clinical Neuropsychologist

**Robin Hills, MMSci, MSRCS**: Instructor, Shoreline Community College

**Roger Nattrass, MD**: Anesthesiologist

**Romy Blacklaw, RN, IPN**: Registered Nurse

**Roshni Rao, PhD**: Director, Johns Hopkins University

**Ruben Diaz, DNP, FNP-BC**: Nurse Practitioner

**Ryan Marino, MD**: Assistant Professor, Case Western Reserve University School of Medicine

**Sabina Vohra-Miller, MSc**: DrPH Student

**Sallie Permar, MD, PhD**: Professor and Chair of Pediatrics, Weill Cornell Medicine

**Samantha Yammine, PhD**: Neuroscientist, University of Toronto

**Samira Jeimy, MD, PhD, FRCPC**: Program Director and Assistant Professor, Division of Clinical Immunology and Allergy, Western University

**Sampril Banerjee, PhD, MStat**: Associate Professor, Weill Cornell Medicine

**Samuel Cohn, MD**: Neurologist

**Sandra Demaria, MD**: Professor of Radiation Oncology and Pathology, Weill Cornell Medicine

**Sara Gering, RN, BSN**: Registered Nurse

**Sara Pentlicky, MD, MPH:** Chief, Division of Complex Family Planning

**Sarah J McAnulty, PhD**: Executive Director, Skype a Scientist, University of Connecticut

**Sarah Perl, LCSW-R**: Licensed Clinical Worker

**Sasha Strul, MD**: Pediatric Ophthalmologist and Strabismus Surgeon, University of Minnesota

**Saskia Popescu, PhD, MPH, MA**: Assistant Professor, George Mason University

**Scott Fujimoto, DO**: Assistant Professor, Loma Linda University

**Sean Adwar, MD**: Interventional Radiologist

**Seth Trueger, MD, MPH, FACEP**: Associate Professor of Emergency Medicine, Northwestern University Feinberg School of Medicine

**Seth Turner, MD**: Physician

**Shari K Moore, DO**: Resident Physician

**Shauna O'Neal, CNM, FNP-C, RN, MSN**: Registered Nurse

**Shawn Carbonell, MD, PhD**

**Sheridan Nygard, MPH**: Behavioral Health Case Manager, University of Minnesota Twin Cities

**Shoshana Ungerleider, MD**: Internal Medicine / Host, TED Health Podcast

**Silvia Chiara Formenti, MD**: Professor, Weill Cornell Medicine

**Sindhu Sathyanarayana, MBBS**: Physician

**Siyamak Saleh, MD**: Medical Doctor, Department of Health South Africa

**Spencer R Scott, PhD**

**Staci Tanouye, MD**: Staff Physician

**Stacey De-Lin, MD**: Associate Medical Director

**Steve Rathje**: PhD Candidate

**Stuart Horowitz, PhD, MBA**: President and CEO, Institution Insights, LLC

**Susanna Harris, PhD**

**Sushmita Mukherjee, PhD**: Associate Professor of Research, Weill Cornell Medicine

**Sydney Vita, PhD**: Postdoctoral Fellow, Louisiana State University Health Sciences College

**Tanya Lama, PhD**: Postdoctoral Fellow, SUNY Stony Brook

**Taylor Nichols, MD**: Adjunct Assistant Clinical Professor, University of California San Francisco

**Teagan Wall, PhD**

**Teresa Albernas, MSN**: Nurse Practitioner

**Terra Kater, MSN, AGNP-C**: Nurse Practitioner

**Tessa Cremer**: MPH Student, University of Minnesota

**Thierry Alquier, PhD**: Associate Professor, University of Montreal

**Timothy Caulfield**: Professor, University of Alberta

**Todd Wolynn, MD**: Pediatrician

**Troy Wood, PhD**: Associate Professor, University at Buffalo

**Tyler Kuhk, MN, ARNP, AGNP-C**: Nurse Practitioner

**Valentina Martinez Damonte, PhD**: Postdoctoral Fellow, Stanford University

**Veronica Certeza, RN**: Nurse Practitioner

**Victor Ruthig, PhD**: Postdoctoral Fellow, Weill Cornell Medicine

**Walter Ian Lipkin, MD**: Professor, Columbia University

**Wen H Shen, PhD**: Associate Professor, Weill Cornell Medicine

**Willem Hanekom, MBChB**: Professor, University College London

**William Giardino, PhD**: Assistant Professor, Stanford University

**William Hanage, PhD**: Associate Professor, Harvard T.H. Chan School of Public Health

**Yasmin Mohseni, PhD**

**Yevgeniya Sergeyenko, MD, MPH**: Medicine Fellow, Emory University School of Medicine

**Zainab Tanvir, MS**: PhD Student

**Zachary Rubin, MD**

Post-launch signees:

**Abbie Champeeau, BSN:** Registered Nurse, UW- Milwaukee

**Abby Skoglund BSN, RN:** Registered Nurse, University of MN Medical Center

**Abigail Chapin RN, BSN:** Nurse, Thomas Jefferson University Hospital

**Abigail Jones, BSN:** Registered Nurse, UTSW

**Abigayle Hanna, MSN, RN:** Registered Nurse, Ascension Saint Thomas

**Adrianna Storbakken BSN, RN:** Charge Nurse, Emory Healthcare

**Alec Beal PT,DPT, CSCS:** Physical Therapist, University of St Augustine

**Alethea Anderson, RN BSN:** Registered Nurse, Neopath Health

**Alexa Hughes, BSN RN:** Nurse

**Alexa Utterback, BSN:** Staff Nurse, Northwestern Medicine

**Alexander Long, BSN:** Registered Nurse, East Tennessee State University

**Alexander Polidore, M.S. PhD(c):** Research Scientist, University of Illinois Urbana-Champaign

**Alexandra Mullen, BSN:** Registered Nurse, Point Loma Nazarene University

**Alexandra Truzzi, BSN, RN:** Critical Care Registered Nurse, Swedish Heath Services

**Alexis Bonelli BSN RN:** Registered Nurse

**Alexis Fabian, RN, BSN:** Registered Nurse, Providence Health

**Alexis Hinkley, RN BSN:** Registered Nurse, Lutheran Hospital

**Ali Hachem, M.D.:** Physician, MyMichigan

**Ali Reese, RN:** Registered Nurse, Mercy Hospital

**Ali Rice RN BSN:** Registered Nurse, Rady Childrens

**Alice Stead, MPH:** Senior Manager, Gilead Sciences

**Alicia Fischer, RN-BSN:** Registered Nurse, University Health

**Alicia Swenson, BSN, RN:** Registered Nurse, SMCS

**Alison Edgar BSN, RN:** Registered Nurse, Providence St. Vincent's

**Alison Kline, RN BSN:** Registered Nurse, Kettering Health

**Alissa Gladson, RN, BSN:** Registered Nurse, Methodist

**Allegra Liedtke, MS, CCC-SLP:** Speech-Language Pathologist

**Alli Brown, BSN, RN:** Registered Nurse, Wake Forest

**Allison Aylard BSN, RN:** Emergency Department Registered Nurse, Aya Healthcare

**Allison Clark Young, MSN, APRN, CPNP, IBCLC:** Pediatric Nurse Practitioner, Erie Family Health Centers

**Allison Falconer, RN, BSN:** ICU Registered Nurse, MetroWest Medical Center

**Allison Hubert RN-BSN:** Registered Nurse, Tennessee Tech University

**Allison Lantz CPNP:** Pediatric Nurse Practitioner, Akron Children's Hospital

**Allison Smith RN BSN:** Staff RN, Ochsner in New Orleans

**Alvie Marie Sumalbag, RN, BSN:** Resource RN, Seattle University

**Alyssa Brysiak, BSN:** Registered Nurse, Widener University

**Alyssa DeMaagd RN, BSN:** Registered Nurse, Orthopaedic Associates of Michigan

**Alyssa Jensen, MHS, PA-C:** Physician Assistant, University of Washington

**Alyssa May, BScN:** Registered Nurse, The Ottawa Hospital

**Alyssa Tarr, PA-S:** Physician Assistant student, Mount Union University

**Amanda Alexander RN:** Registered Nurse, Augusta University Medical Center

CRR-3-S3-YF-000A6-VA0A-SCH DXXYW#A-S9-4 _&W6-77d2J13 _MfW-S3 RL8S _MfR#A+-S3S

**Amanda B RN BSN:** Professional Nurse II, Northern Light Health

**Amanda Baker, MS:** Senior Data Coordinator, Fred Hutchinson Cancer Research Center

**Amanda Bales, RN-BSN:** Registered Nurse, Piedmont College

**Amanda Clark, PhD:** Senior Program Director, In Vitro, Biomere

**Amanda Devereaux RN BSN:** Registered Nurse

**Amanda Ellis PT, DPT, NCS:** Senior Physical Therapist, Shirley Ryan Ability Lab

**Amanda Garner, MSW, LCSW-C:** Psychotherapist

**Amanda Hostetter, BSN:** Registered Nurse, OHSU Hospital

**Amanda Jones Theodorson, DMD:** Assistant Dental Director of Innovation and Research, Unity Health Care Inc, Washington DC

**Amanda Lebright, MMS, PA-C:** Physician Assistant

**Amanda McCartney, BSN:** Registered Nurse, Pennsylvania College of Technology

**Amanda Patey BSN:** Registered Nurse/Regulatory Specialist

**Amanda Post, PT, DPT:** Physical Therapist, Wayne State University

**Amanda Schimke, RN BSN:** Registered Nurse, MultiCare

**Amanda Taggart, RN:** Nurse, Bon Secours

**Amanda Thompson, MSN:** Registered Nurse, Dell Children's Medical Center

**Amber Allen BSN, RN:** Nurse, Edward Hospital

**Amber Palermo, BSN RN:** Registered Nurse, Tacoma General

**Amber Rayner, BScN:** Registered Nurse

**Amelia Hoard, RN-ASN:** Nursing Supervisor, Life Care Centers of America

**Amie Archibald-Varley, RN, MN-CP Women's Health:** Quality and Patient Safety Lead- Emergency Services, University of Toronto

**Amie Tawney, BSN, RN:** Registered Nurse, The Johns Hopkins Hospital

**Amira Athanasios, MD:** Psychiatry Resident

**Amy Browne DO:** Physician, Family Practice

**Amy Hoffman, BSN:** Registered Nurse, Eskenazi

**Amy Parsons, RN:** Registered Nurse, Flexcare Medical Staffing

**Amy Sylvester, RN:** Registered Nurse, Cedars-Sinai

**Amy Thomas, M.Ed:** Science Coach, SCPS

**Amy Visciglia, M.A. CCC-SLP:** Speech Language Pathologist, Loma Linda University Medical Center

**Ana Reed, RN BSN:** Registered Nurse, Peace Health SouthWest, Providence Portland, Legacy Salmon Creek

**Anastasia Ryan, RN:** Registered Nurse

**Andrea Craig, RN, BSN:** Registered Nurse, Northwest Medical Center

**Andrea Renteria, BSN:** Registered Nurse, St. Luke's Medical Center

**Andrea Speizer, MPA:** Hospital Ops Manager, Baycare Health System

**Andrea Wallace, BSN:** Registered Nurse, Methodist Hospital

**Andrew Greenwalt, BSN:** Registered Nurse, Washington State University

**Angela Park, DO:** Physician, Sound Physicians

**Angela Van De Wettering, BSN, RN:** Registered Nurse, Aurora BayCare

**Angela Vezzetti, PA-C:** Physician Assistant, OSF

**Angela Zaino, PhD:** Research Scientist I, Broad Institute

**Ankush K Bansal, MD, FACP, FACPM, SFHM:** Vol Clinical Assistant Professor, Florida International University

**Anna Ficken BSN:** Registered Nurse, UW Health

**Anna Leviyeva, BSN:** Registered Nurse, Dignity Health

**Anna Meier, PharmD:** Pharmacist, Advocate Aurora Health

**Anna Rudeen, BSN:** Registered Nurse, Bethel University

**Anna Schmitt BSN:** Registered Nurse, Mayo Clinic

**Anna Schwietering, BS, BSN:** Registered Nurse, Cincinnati Children's Hospital Medical Center, University of Cincinnati Medical Center

**Annabel Shabestari, RN, BSN:** Registered Nurse, California State University Long Beach Alum

**Anne Haskins, RN:** Registered Nurse, Cincinnati Children's Hospital Medical Center

**Anne Ossewaarde, LMSW, SSW:** School Social worker, Avondale School District

**Annette R Rexroad, MPH, PhD:** Retired Epidemiologist, University of Vermont

**Anngilyn Dombrowski, RN:** Registered Nurse, Travel Nurse

**Annie Nascimbeni, MSN, RN:** Registered Nurse, OU Health

**Aoife O Neill, BSN, RN:** Registered General Nurse, TCD

**April LaRue, BSN, RN:** Registered Nurse

**Arezou Zekri, BSN RN:** Pediatric Registered Nurse, Thrive SPC

**Arien Rannigan, RN II:** RN, CPN, Medical University of South Carolina

**Ashleigh Clickett D.O.:** Physician, Valley Health Systems, Inc.

**Ashley Andrisani, BScN:** Registered Nurse, CNO

**Ashley Bonham, BSN:** Registered Nurse, COVID ICU

**Ashley Brandenburg, MPH:** Public Health Analyst, RTI International

**Ashley Coates, BSN, RN:** Registered Nurse, Central New Mexico College

**Ashley Ginty, RN:** Registered Nurse, University of Minnesota

**Ashley Kamm, BSN:** Registered Nurse, University of New Mexico Hopsital

**Ashley Lantto, RN:** Registered Nurse

**Ashley LaPaglia, RN:** Registered Nurse, NRI

**Ashley Marquardt, BS:** PhD Candidate, Neuroscience, University of Maryland School of Medicine

**Ashley Masih, BSN RN:** Registered Nurse, Cardiac ICU, Bellevue Hospital

**Ashley Mitton, PsyD:** Postdoctoral Fellow, University of Massachusetts Medical School

**Ashley Nowell, ASN:** Registered Nurse

**Ashley Peterson, MSN:** Registered Nurse

**Ashley Sheffield, BSN RN:** Registered Nurse

**Ashli Winegar, BSN:** Registered Nurse, Huntsman Cancer Hospital

**Aubrey Lundberg, BSN:** Registered Nurse, Mayo Clinic Florida

**Audra Storm, MD:** Resident Physician, Mayo Clinic

**Audrey Harvey, M.Sc.:** PhD Student, Biological Sciences, Northern Arizona University

**Austin Galli, BSN:** Registered Nurse, Massachusetts General Hospital

**Autumn Johnson, MHS, PA-C:** Physician Assistant, Quinnipiac University

**Autumn Moon, BSN:** Registered Nurse, Community Memorial Hospital

**Aylmer Pinangay, BScN, RN:** Registered Nurse

**Bailey Johnson, RN, BSN:** Nurse, Denver Health

**Barbara Jacome, BSN, RN-BC:** ICU Registered Nurse, Northwell Mather Hospital

**Beatriz Velasco, RN, BSN:** Registered Nurse, Lucile Packard Children's Hospital

**Becca Berndt, BSN RN:** Registered Nurse, Overlake Medical Center

**Bertha Hidalgo, PhD MPH:** Epidemiologist, University of Alabama at Birmingham

**Beth Hanna, M.S. SLP:** Speech Language Pathologist, Beech Street Speech and Language

**Beth Hoeksema, BSN RN:** Nurse, Spectrum Health

**Bethany Emery, BSN, RN:** Registered Nurse, UTMB MSN Student

**Beverly Slokevage RN BSN:** Registered Nurse, Sutter Health

**Bianca Patel, MD MPH:** Pediatrician, Locum Tenens

**Bianca Williams, BScN, MScPH:** Public Health Nurse

**Billie Jo Nielsen, RN:** Registered Nurse, Mayo Clinic Hospital

**Bobbi Van Gilder, PhD.:** Assistant Professor, Suffolk University

**Bonnie Matras RN, BSN:** Registered Nurse, Chamberlain College of Nursing

**Bonnita Kaschuba, BScN:** Registered Nurse, ICU, McMaster University

**Brandy Jackson BSN RN:** Step Down Unit RN, Sharp Grossmont Hospital

**Brennaa Sullivan, BSN, RN:** Registered Nurse, HVHS

**Brian Tsai, MD:** Physician, Vancouver

**Briana Shields, RN:** Registered Nurse

**Brianna Duxbury, RN:** Registered Nurse, University of Vermont Medical Center

**Britnie Thomas, PhD (immunology):** Scientist, Industry

**Brittani Johnson BSN, RN:** PICU Registered Nurse, Rasmussen University

**Brittany Bogdanovich, RN BSN:** Registered Nurse, Kaiser Permanente

**Brittany Boren, BSN:** Registered Nurse, St. Luke's Health System

**Brittany Burroughs, RN BSN:** Registered Nurse, FSU

**Brittney Peebles, BScN:** Registered Nurse, AHS

**Brooke Manni, BSN RN:** Registered Nurse, Grand Valley State University

**Brooke Sperling, BA, BN, RN:** Registered Nurse, Alberta Health Services

**Brooklynn BSN:** Registered Nurse

**Bryan Samuelson, DPT:** Physical Therapist, Intermountain Healthcare

**Bryanna Stranieri, BSN:** Registered Nurse, Westchester Medical Center

**Bryanne Rushing, BSN:** Registered Nurse, Seattle Children's Hospital

**Brynn Weimer, DPT:** Physical Therapist, Movement Physical Therapy

**Caitlin Castillo, BSN:** Critical Care Staff Nurse, Oregon Health & Science University

**Caitlin Davis, BSN, RN:** Registered Nurse, University of Utah

**Caitlin Dwyer, RN BSN:** Registered Nurse, Froedtert Hospital

**Caitlin Langsner H.BSc RRT:** Respiratory Therapist, Trillium Health Partners, Hamilton Health Sciences

**Caleb B. Hentges, DO:** Pediatric Physician, Oklahoma State University

**Candice Dodd, RN:** Registered Nurse, HCA

**Candice Richardson, MPH:** Research Analyst, University of Toronto

**Carissa Mirra, MS, RN, ONC:** Registered Nurse, HH

**Carla Parker, BSN RN:** Relief Charge Nurse, SSM Health St. Anthony

**Carlie Seliger, BSN:** Registered Nurse, University of Utah

**Carly Reising, PA-C:** Physician Assistant, Spectrum Health

**Carlyn Kitt BSN:** Registered Nurse

**Carlyn Murray, MSc:** Research Assistant, University of Manchester

**Carmen Solis, LCSW:** Región Clinic Director, Alma Family Services

**Caroline Dixon, RN:** Registered Nurse

**Caroline Foster, RN:** Registered Nurse, NYU

**Caroline Jezierski RN, BSN:** Registered Nurse, Legacy Health

**Carolyn Rohwer, RN, BSN:** RN, BSN, University of Washington

**Carrie Jenkins, BSN, RN:** Registered Nurse, Boston Children's Hospital

**Casey Bryan, BSN RN PCCN:** Registered Nurse (Acute Care), Travel Nurse

**Casey Schumacher, RN, BSN, C-EFM:** Registered Nurse, BayCare Health System

**Cassandra Williams-Doshi, BSN:** Registered Nurse, UT Arlington

**Cassidy Tripi BSN RN:** Registered Nurse, Kaleida Health

**Cassie Hanan, BSN:** Registered Nurse, UCHEALTH

**Catherine Claire Hughes, RN:** Registered Nurse, Trinity College Dublin

**Catherine Dottel, RN BSN:** Registered Nurse, Crystal Run healthcare

**Catherine Payson, BSN RN:** Registered Nurse, TotalMed Staffing

**Cathy Chen, Pharm.D.:** Pharmacist, Kaiser Permanente

**Chanel Lain RN:** Registered Nurse, University of St. Francis

**Chantel Gineo, LPC:** Professional Counselor

**Charisma Lanez, DO:** Physician, CSMC

**Charles Friderici, RRT:** Respiratory Therapist, Emergency Manager, Saratoga Hospital

**Charlsie Wolfe RN, BSN, CCRN:** Critical Care Registered Nurse, Auburn University

**Chelsea Coons, RN:** Registered Nurse – NICU, Banner Health

**Chelsea Deans, BSN:** Registered Nurse, University of Washington

**Chelsea MacDonald, DPT:** Physical Therapist, Trinity Health

**Chelsea Nyland, RN:** Registered Nurse, Nipissing University

**Chelsee Pease, DPT:** Physical Therapist, Adjunct Professor, Oklahoma Christian University

**Chera Morrow, BSN, RN:** RN, Clinical Professor, RCTC

**Cheryl Morrison Wall, PA-C:** Physician Assistant

**Cheryl Santefort RN:** School Nurse

**Cheryl Shaver BScPharm, CTE:** Pharmacist, Winnipeg Regional Health Authority

**Chloe Nadon-Tasse BSN BA RN:** Quality Analyst

**Christina Kim, NP:** Nurse Practitioner

**Christine Griffaw RN:** Staff Nurse, UCSF

**Christine Labiak MS, RPh:** Pharmacist

**Christine Pegg LPN:** Licensed Practical Nurse

**Christy Farris, RN BSN:** Registered Nurse

**Christy Wolff RN BSN:** Registered Nurse, Providence

**Chrisy Wong, MSN, RN:** Registered Nurse, SFDPH

**Chrystal Light, BSN:** Registered Nurse, CHLA

**Chrystie Paul, BSN:** Registered Nurse, Loyola University

**Cindy Barha, PhD:** Postdoctoral Fellow, University of British Columbia

**Cindy Gold, RN:** Registered Nurse, Spring Arbor University

**Cindy Knapp, BSN:** Registered Nurse, LPCHS

**Cinthia Uriarte, RN, BSN:** Registered Nurse, St. Joseph's Hospital and Medical Center

**Claire Prestbo, BSN, RN:** Registered Nurse, Seattle Pacific University

**Claire Smith, RN, MN/NP (c):** Registered Nurse, University of Toronto

**Claire Tsui, MSN, RN:** Registered Nurse, Cedars-Sinai Health System

**Claribel Nunez, PhD:** Scientist, SanBio

**Claudette Banares, MS, CCC-SLP:** Senior Speech Pathologist, AHGL Medical Center

**Claudia Matthews, MSHCA:** Supervisor – Quality Improvement/Credentialing, John Muir Health

**Claudia McGaughan, BSN:** Registered Nurse – ER

**Claudia Uribe RN BSN:** Registered Nurse

**Cleo Sunseri, MSN:** Surgical Staff RN, Legacy Health

**Colleen Roe, BSN, RN:** Registered Nurse, Main Line Health

**Courtney Battin, BSN, RN:** Registered Nurse, UPMC Children's Hospital of Pittsburgh

**Courtney Bussian, BSN, RN:** Registered Nurse, CHOP

**Courtney Hakes, BSN RN:** Registered Nurse, Texas Health Resources

**Courtney Hoster BSN, RN:** Registered Nurse, Northern Illinois University

**Courtney Liberman BSN, RN:** Registered Nurse, The Hospital for Sick Children

**Courtney Patriacca, DPT:** Physical Therapist, Cambridge Public Schools

**Courtney Price, RN, BSN:** Pediatric ICU RN

**Courtney Sutter, RN, BSN, CCRN:** Registered Nurse

**Crystal Shutt Garcia, PTA:** Physical Therapist Assistant, Providence

**Cynthia Cruz, RN:** Registered Nurse, NYCHHC

**Cynthia Rochen, BSN, BSAG:** Retired Clinical Research Nurse (RN-C), National Institutes of Health Clinical Center

**D. Michelle Glover, BSN, RN-C:** Registered Nurse, Touro LCMC

**Dae Young, BSN:** Registered Nurse, Grant Hospital

**Dana Ruminski Lowe, PhD:** Principal Scientist, LGC Clinical Diagnostics

**Dana Shaw, BSN:** Nurse, Vanderbilt University Medical Center

**Daniel Coburn, RN:** Registered Nurse

**Daniel Giese, RN:** Registered Nurse, Grand Valley State University

**Daniel Melby, DPT:** Senior Physical Therapist, UT MD Anderson Cancer Center

**Daniela Lawler, BSN RN:** Registered Nurse Vaccinator, Northern Colorado Vaccine Clinic

**Danielle Becerra, RN, IBCLC:** Registered Nurse, UCSD

**Danielle Brandow, MSc Public Health:** Policy Analyst, Public Health Agency of Canada

**Danielle DeVries BScN:** Registered Nurse, Intensive Care, Brant Community Healthcare System

**Danielle Grieves BScN:** Registered Nurse, Queensway Carleton hospital

**Danielle Hawkes RN, BSN:** Registered Nurse, Hope College

**Danielle Howes, BSN:** Registered Nurse, Harborview Medical Center

**Danielle Randall, RN:** Registered Nurse – Medical/Surgical, Dignity Health

**Danielle Rice, MSc, PhD (C):** Psychology Resident, McGill University

**Danielle Sanchez, RN BSN:** Nurse, USC

**Danielle Scambary, Bachelor of Applied Science (Podiatry):** Podiatrist, Western Sydney Podiatry

**Danika Dawson, BSN, RN:** Cardiac Stepdown RN, HCA Healthcare

**Dari Goldman, MPH:** Senior Public Health Specialist

**David Milbourn, MD:** Pediatrician, Novant Health

**David Ostberg, PhD:** Solutions Principal, Medallia, Inc.

**Davina Hoang, BSN:** Registered Nurse, University of Massachusetts Boston

**Dawn Gusa, RN:** Registered Nurse, Alberta Health Services

**Debany Ransom, BSN RN:** Clinical Coach Consultant, CVS Health/Aetna

**Deirbhle Breslin BNurs:** Specialist Nurse, MFT

**Denee DiPilla George, PT, DPT:** Pediatric Physical Therapist, Children's Hospital Orange County

**Denise M. Pruneda, BSN, RN:** Registered Nurse

**Denise Nadolski, BSN, RN:** Registered Nurse, Oklahoma Heart Hospital

**Dennis Maiuri, RN:** Cardiac Nurse, Overlook Medical Center

**Desiree Castonguay, PAC:** Physician Assistant, Southern Illinois Healthcare

**Dina Devoe, PharmD:** Pharmacist, HealthAlliance Hospital in Kingston, NY

**Dr Alessandra Palombo BHSc MD CCFP:** Associate Clinical Professor, McMaster University

**Dylan Brooks-Forseth, BSRT, RCP, RRT-NPS:** Respiratory Therapist/ECMO Specialist, UnityPoint

**Eileen Hurley MSN, RN:** Registered Nurse, Northwestern Medicine

**Elena Weaver, BSN, RN:** Nurse, Mayo Clinic Rochester MN

**Eliette Albrecht, MPH:** Research Assistant, King's College London

**Elisa Seldon, PharmD:** Pharmacist, VCU

**Elissa Pettinato PA-C, MMS:** Physician Assistant, Salus

**Elizabet Zapata Roman, BSN:** Registered Nurse, LLUMC

**Elizabeth Augustine, MSN, RN:** Registered Nurse, Tenet Health

**Elizabeth Ball, RN, BSN:** Staff Nurse, UT Southwestern Medical Center

**Elizabeth Brown MSN, CRNP:** Pediatric Nurse Practitioner

**Elizabeth Collora RN:** Nurse, Howard County, MD

**Elizabeth Davis, BSN RN:** RN Research Associate, The University of Texas at Austin Dell Medical School

**Elizabeth Garcia, BSN RN:** Registered Nurse, Thomas Jefferson University Hospital

**Elizabeth Halbert RN BSN TCRN:** Registered Nurse, University of South Carolina

**Elizabeth Hamill, BSN:** Nurse, UNM

**Elizabeth Lassen, DO:** Psychiatrist/Assistant Professor, Hines/LUMC

**Elizabeth Lyons, MSN RN:** Staff Nurse, University of Chicago Medical Center

**Elizabeth Placzek MD:** Physician

**Elizabeth Rice, RN:** Registered Nurse-ICU, Medical Solutions

**Elizabeth Seibel, BSN:** Registered Nurse, University of Wisconsin Hospital

**Elizabeth Tempest, BSN:** Staff RN, UCHEALTH

**Elizabeth Van Nest BSN, RN, CCRN, CPN:** Registered Nurse, Rady Children's Hospital

**Elizabeth Walker, RRT:** Respiratory Therapist, Tulane University Medical Center

**Elizabeth Zook, RN:** Registered Nurse, Carilion Clinic

**Ellen Davis, RN:** Clincal Nurse, University of California

**Ellen MacGregor, RN, BScN, CNCCP(C):** Staff Nurse, IWK Health

**Ellen Oh, BSN:** Registered Nurse, California State University, Los Angeles

**Ellen Tiegs, RN:** Registered Nurse, Minnesota Gastroenterology

**Ellyn Gunya, RN BSN:** Nurse, CMH

**Elsa Vera, BSN:** Registered Nurse, HCA Healthcare

**Elyse Chezick, BSN:** Registered Nurse, Allina Health

**Emelia Stille, DO:** Physician, USD

**Emiko Ellis, PA-S:** Physician Assistant, Colorado Mesa

**Emily Armantrout, BSN:** Registered Nurse, Regis University

**Emily Ballantyne RN, BSN:** ICU Registered Nurse, Johns Hopkins University

**Emily Bordeleau, MSc:** PhD Candidate, McMaster University

**Emily Carter, BSN, RN:** ICU Registered Nurse, Maine Medical Center

**Emily Cooper, BSN:** Registered Nurse

**Emily Livingston, MA:** PhD Candidate (Neuropsychology), Simon Fraser University

**Emily Moyer, RN, BSN:** Registered Nurse, French Hospital Medical Center, San Luis Obispo, CA

**Emily Rolader, BSN, RN:** Registered Nurse, WELLSTAR KENNESTONE

**Emily Smith, BSN RN:** Nurse, Penn Medicine

**Emily Tichacek BSN RN:** Registered Nurse, Surgical Care Affiliates/Texas Health Resources

**Emily Winn, DNP:** Pediatric Nurse Practitioner, University of Washington

**Emma Goldberg BSN:** Nurse, Swedish First Hill

**Emma Salmon MSN:** Registered Nurse, St Catherine University

**Enrica Calzoni, MD PhD:** Postdoctoral Research Scientist, Columbia University

**Erica Cooley, RN:** Registered Nurse, Banner Hospital

**Erica Hadley, MD:** Pediatrician, UCSF Benioff Children's Hospital Oakland

**Erica Knowles, PhD:** Associate Professor, Berklee College of Music

**Erica Schuh, RN:** Registered Nurse, SVSU

**Erica Zorn, RN:** Registered Nurse, Cottage Health

**Ericka Santos BSN:** Registered Nurse

**Erika Anderson, MD:** Pediatrician, MUSC and Parkside Pediatrics

**Erika Wass, PharmD, BCOP:** Stem Cell Transplant Clinical Pharmacist, Loma Linda University Health

**Erin Goodwin, RN:** Registered Nurse, TMH

**Erin McIntosh, BSN:** Assistant Professor, Riverside Community Hospital

**Erin Nanzer, DPT:** Physical Therapist, Sutter Medical Foundation

**Erin Pardee, MSPAS:** Physician Assistant

**Erin Phillips, MPH, RD, CDCES:** Registered Dietitian, Erin Phillips Nutrition, LLC

**Erin Sheridan, BSN:** Registered Nurse, Seattle Children's Hospital

**Erin Timmins, BSN, RN:** Registered Nurse, CSULB

**Erin Welsh, BSN, RN:** Registered Nurse, University of Washington

**Ester Mortagua, BSN (RN):** Nurse, CHLO Portugal

**Esther Hanson, ADN:** Registered Nurse, ER, Memorial Health System

**Evalyn Donaldson, BSN, RN:** Registered Nurse, Student Family Nurse Practitioner, CHLA, USC

**Eve Hatkoff, RN, BSN:** Staff Nurse, University of Maryland Baltimore Washington Medical Center

**Evie Merritt, BSN:** Registered Nurse, Washington Hospital Healthcare System

**Fabiola Harris, BSN:** Registered Nurse, Rasmussen University

**Fatima Mohammed, ADN, RN, CMSRN:** Registered Nurse

**Francesca Testani BSN, RN:** Registered Nurse, The Hospital for Sick Children

**Gabby Anderson RN:** Registered Nurse

**Gabriella Cardi PA-C, MHS:** Physician Assistant, Duke university

**Gabriella Lacovetti, B.S.:** Scientist I, Labcorp

**Gabrielle Akcelik, BSN:** Registered Nurse

**Gabrielle Nedrow, RN, BSN:** Travel ICU RN, University of Chicago Medicine

**Gemma Varacalli, BScN:** Registered Nurse, Children's Hospital of Eastern Ontario

**Gen Maxam, ADN:** Nurse, San Joaquin Delta College

**Geneva King, DO:** Primary Care Doctor, Washington DC VA Medical Center

**Geneva Roch, BSN:** Registered Nurse, Texas A&M

**George Idarraga MD:** Physician, Pediatrics, Progressive Community Health Centers

**Georgia Rising, RN:** Registered Nurse- Community Health, Denver Health

**Georgia Wiard, MSN:** Registered Nurse, University of Utah

**Gerald Simon, RN:** Registered Nurse, HARCC

**Gilli Treiman, RN:** Registered Nurse, PCHA Stanford

**Gillian Currie, BSN:** Registered Nurse, UCSF

**Gillian Kennedy BN RN:** Senior Transplant Coordinator, University Health Network

**Gina Elizondo-Kudolo BSN, RN:** Registered Nurse, University of the Incarnate Word

**Gina Lovano, RN, BSN:** Registered Nurse, Cleveland Clinic

**Gina Sisaketh, BSN:** Registered Nurse, University of Washington

**Gisselle Lara, RN, BSN:** Registered Nurse, PIH Whittier

**Grace Moran, BSN, RN:** Clinical Nurse, Sharp Healthcare

**Grace Park, RN, BSN:** Registered Nurse, TJUH

**Gretchen Nguyen, MD:** Physician, Private Practice

**Guadalupe Paz, RN:** Registered Nurse

**Gwen Eamer, MSc:** Senior Officer, Public Health in Emergencies, IFRC

**Hadas Bernstein, BSN:** Registered Nurse, Mount Sinai Hospital

**Hailey Best, BSN, RN:** Nurse, Banner University Medical Center

**Hailey Koop, MHA:** Project Manager, Columbia University Irving Medical Center

**Hailey Schluter, RN, CMSRN:** Registered Nurse, Carle Hospital

**Haley Brown, BSc:** Senior Physiotherapist, ICU, Curtin University

**Haley Chauvin, LPN:** RN Student Nurse, Louisiana State University

**Haley Fishburn, BSN, RN:** Registered Nurse, Davis Hospital and Medical Center

**Haley Keel, RN:** Registered Nurse, California Nurses Association

**Haley Lamm, RN:** Registered Nurse, Hesston College

**Haley Maxwell, PA-C:** Physician Assistant, Private Practice

**Hanna Bryant, MD:** Physician, MPH student, St. George's University

**Hanna Martin, BSN RN:** Staff Nurse II- Emergency Department, SVMH

**Hannah Cornwell BSN, RN:** Registered Nurse, UCHEALTH

**Hannah Dobb, MSN, RN:** Registered Nurse

**Hannah Dunton, BSN RN:** Registered Nurse, Providence St. Joseph Health

**Hannah Glass, PA-C:** Physician Assistant, University of Pittsburgh

**Hannah McLeod RN:** Registered Nurse, WACHS SouthWest

**Hannah Weaver, RN, BSN:** Registered Nurse

**Hayley Moreau, BScN:** Registered Nurse

**Haylie Henderson, BSN, RN:** Registered Nurse, Sharp Healthcare

**Heather Dunlap BSN RN:** Registered Nurse Case Manager, OSF Healthcare System

**Heather Knupp, MS, RN, BSN:** Registered Nurse, West Virginia University

**Heather Murphy, RN:** Registered Staff Nurse, Ontario Hospital

**Heidi Yttri, MSN, RN:** Registered Nurse

**Helen Cornelius BSN:** Registered Nurse

**Hennessy Sullivan, BSN RN MICN CEN:** Registered Nurse, Hoag Hospital

**Hilary Mathis, RN, BSN:** Registered Nurse, University of Florida

**Hillary Kerns, PharmD:** Pharmacist, Northwestern Medicine

**Hollie Wedemeyer BSN, RN:** Travel ICU Nurse, Trinity FirstChoice

**Holly Belgum, MD:** Physician, University of Minnesota

**Hope Looyenga, BSN:** Registered Nurse, Cancer and Hematology Centers of West Michigan

**Houshang Seradge, MD FICS:** Private Practice, The Hand Center

Ila Will MN RN**:** Registered Nurse

**Ines Boehm, PhD:** Postdoctoral Fellow, University of Edinburgh

**Ingie Osman, MPH:** Project Director, University of Minnesota

**Inna Gerenshteyn, RN BSN:** Registered Nurse, Summit Health

**Ioana Golubovici, BA, BN, RN:** Registered Nurse, The Hospital for Sick Children

**Irene Farsatis, PharmD:** Pharmacy Manager, Osco Drug Pharmacy

**Iris García, RN:** Registered Nurse, UT Tyler

**Isaac Padilla, RN BSN, PHN:** Registered Nurse, California State University, Chico

**Ivan Averia RN:** Registered Nurse, De La Salle University Dasmariñas

**Ivy Sunshine Chen, MSN, MBA, RN:** Registered Nurse

**Jaclyn Sir Louis RN BSN:** Registered Nurse, Graduate Student (MSN, FNP), Ohio State University

**Jaclyn Wardell, BSN:** Registered Nurse, Creighton University

**Jacqueline Santacroce, MS CCC-SLP:** Speech Language Pathologist, Bridgeport Hospital

**Jacqueline Travis, BSN, RN:** Registered Nurse, University of Washington

**Jacqui Rosenbaum, RN:** Registered Nurse, Comprehensive Integrated Care

**Jada Gray, BSc BN ACCN:** Sessional Instructor, Thompson Rivers University

**Jade Garcia, BSN, RN, CVRN-BC 1:** Registered Nurse – ICU, Michael E DeBakey VA Medical Center

**Jade Garcia, BSN, RN, CVRN-BC Level-1:** Registered Nurse – ICU, Multiple

**Jaimee Sprinkle, RN BSC, BA psychology:** Registered Nurse, University of Lethbridge

**James Byrd, BSN:** Registered Nurse, Carroll College

**Jamie Dwyer, RN, BSN, MBA:** RN, BSN, MBA, Zuckerberg San Francisco General Hospital

**Jamie Justesen-Hentges, RN, BSN:** RN, BSN

**Jamie Sodorff, MAT:** Science Teacher, Irvine Unified School District

**Jan Santos, BSN:** Registered Nurse, Sutter Health

**Janay Paiva, BSN, RN:** Registered Nurse, Sutter Health

**Jane Horwitz, PA-C:** Physician Assistant, Mount Sinai

**Jane McCarty, MSN, RN:** Quality Improvement Specialist RN, Virtua Health

**Janeska Wood, MPH:** Public Health Educator, Loma Linda University

**Javier Mora, MD:** Resident Physician, Advocate Aurora Health

**Jayme Dalmann, BSN:** Registered Nurse, University of Alberta

**Jeanette Barrera RRT:** Respiratory Therapist

**Jeanine Burkoth, RN:** Registered Nurse, Allina Health

**Jeffmie Morales, RN:** Nurse Director, BWH

**Jenn Dodds, RN, MN-NP program student:** Registered Nurse, University of Toronto

**Jenna Raabe, RN-BSN:** RN-BSN, UCHEALTH

**Jenna Tarpy, RN, BSN:** Registered Nurse, Piedmont Healthcare

**Jennie martin BSN, RN, CPN, CCRN:** Registered Nurse, HCA

**Jennifer Atadero MD:** Physician, Private Practice, Illinois

**Jennifer Becker, MSEd:** Science Teacher, Blue Springs High School

**Jennifer Bouska, MSN:** RN II, Children's Hospital Los Angeles

**Jennifer Byers RN:** Registered Nurse, Naval Medical Center Portsmouth

**Jennifer Di Pardo BSc, RPN:** Registered Practical Nurse, Niagara Health

**Jennifer Elwell, RN:** Registered Nurse

**Jennifer Ferguson, BSN:** Registered Nurse, Memorial Hermann

**Jennifer Filby, BSN, RN:** Registered Nurse, Ohio University

**Jennifer Karberg, PHD:** Research Program Supervisor – Ecologist, Nantucket Conservation Foundation

**Jennifer Kelley, PhD:** Senior Study Director, Westat

**Jennifer Ketelsen BSN RNC-OB C-EFM:** Registered Nurse, Edward Elmhurst Healthcare

CRR 3:22-cv-00045-MGM-SCH  DKT4044-10-4  b366.17d2/21  b366.33 N20  b4RR46 161

**Jennifer L. Irey, BSN, RN:** Registered Nurse, Albright College

**Jennifer Lake, BSN, RNC-NIC:** Registered Nurse, Mission Health

**Jennifer Laraia, BSN:** Registered Nurse, Duke University

**Jennifer Lindsey, RN BSN:** Registered Nurse, Saint Luke's Hospital of Kansas City

**Jennifer Parra RN, MSN, MPH, CIC:** Registered Nurse, Phoenix VA

**Jennifer Stickley, RN CEN:** Critical Care Flight Nurse, Mercy Health St Vincent Life Flight

**Jennifer Vombrack, BS, ADN:** Registered Nurse, Northwestern Medicine

**Jennifer Wattras RN, BSN:** Registered Nurse, Allegheny County Health Department

**Jenny Burnett, RN BSN:** Registered Nurse, Intensive Care, John Muir Health

**Jensen Hyde, MD, MPH, FACP:** Associate Professor of Medicine, University of Tennessee Health Science Center

**Jeremy Suckow, BSN, BS, USN Veteran:** Registered Nurse, University of Michigan-Flint

**Jessalyn Hinz-Dorsett RN MSN:** Registered Nurse, Methodist Hospital

**Jessica Baker BS RN:** Vascular Access Specialist, B. Braun Medical

**Jessica Byam, BSN:** Registered Nurse, St. Luke's Health System

**Jessica DeMotte, RN, BSN:** Retired Registered Nurse, Pediatrics

**Jessica Edney, MSc.:** Scientist, UKHSA

**Jessica Griffin, BSN, RN:** Registered Nurse, FirstHealth

**Jessica Hawkins, MSN:** Senior Data analyst, Blue Cross NN

**Jessica Hobin, BScN:** Registered Nurse, The Ottawa Hospital

**Jessica Koval, RN BSN:** Emergency Department Charge Nurse, Mayo Clinic Health Systems

**Jessica Krausse, RN:** Staff RN, Texas Health

**Jessica Marsden BSN:** Registered Nurse, San Diego State University

**Jessica Montgomery, RN:** Registered Nurse

**Jessica Morgan Garcia, PhD:** Scientist II, Biotechnology Company

**Jessica Morgan RN BSN:** Charge Nurse, Johns Hopkins

**Jessica Nelson, RN, CRRN:** PPSC, Vanderbilt

**Jessica O'Brien, RN:** Registered Nurse, Boston Children's Hospital

**Jessica Park, BSN- RN:** Registered Nurse, Chamberlain

**Jessica Purkey, BSN, RN:** Registered Nurse, University of Utah

**Jessica Randolph Maldonado:** Registered Nurse

**Jessica Randolph Maldonado, RN, ADN:** Registered Nurse

**Jessica Renaud, BSN:** Registered Nurse, Centennial Medical Center

**Jessica Rolfe, RN:** Registered Nurse, UCSF

**Jessica Scarborough, BSN, RN**

**Jessica Sedinkin, DO:** Resident Physician, MercyOne Medical Center

**Jessica Simonds, LMSW:** School-Based Intervention Counselor, SUNY Albany

**Jessica Solomon, BSN:** Registered Nurse, Essentia Health

**Jessica Wolf, RN:** Registered Nurse, University of Maine

**Jessie Shapiro, RN:** Registered Nurse, Hennepin Healthcare

**Jhoanna Enriquez RN:** Registered Nurse, CCF

**Jill Greenman, RN:** Registered Nurse, Northern Nevada Medical Center

**Jillian McCann, BScN:** Registered Nurse, University of Alberta

**Jillian O'Donnell, BSN:** Registered Nurse, PHMG

**Jillian Scott, BSN:** Registered Nurse, Swedish Medical

**Jillian Wool, DNP SRNA:** SRNA, Northeastern University

**Jo-Anne Lindquist RN:** Registered Nurse, Grant Macewan University

**Joan Downes, RN:** Registered Nurse, University of Colorado Health

**Joanna Abud, RN:** Registered Nurse

**Joanna Bruneau, BScN:** Registered Nurse, Lakehead University

**Joanna Dominguez, RN:** Registered Nurse, Dignity Health

**Joanne Pinto RN BSN:** Staff Nurse, Penn Medicine

**Joaquim Santos, RN:** Registered Nurse, Morristown Medical Center

**Joceline Fernandez, MSN:** APRN, South University

**Jodi Domsky, RN BSN:** RN, BSN, PRH

**Jon Fleeman RN:** Registered Nurse, Beaumont Health

**Jonathan McKay, BSN:** Nurse, Hemet Global Medical Center

**Jordan Knox, BSN:** Registered Nurse, Providence Alaska Medical Center

**Jordan Olmstead, BSN, RN:** Registered Nurse, Seattle Children's Hospital

**Jordan Snead, BSN, RN:** Staff Nurse, University of Pittsburgh Medical Center

**Jordyn Callihoo, RN:** Registered Nurse Operating Room/Cancer Clinic, University of Alberta

**Jordyn Schemenauer, BSN RN:** Registered Nurse, University of WI Hospitals & Clinics

**Joseline Gomez, MSN:** Registered Nurse, University of Chicago

**Joy Hurwitz RN:** Nurse, Concord Hospital

**Julia Baldiga, BSN:** Registered Nurse, UCSF

**Julia Calton, RN BSN SANE:** Registered Nurse, Mass General Brigham

**Julia Knight, RN-BC:** Charge Nurse, Presbyterian Hospital

**Julia Overton, BScN:** Registered Nurse, Pediatrics, B.C Children's Hospital

**Julianna Daniel, RN BSN:** Registered Nurse- ICU

**Julie Dalenga, BSc:** Senior Research Scientist, CRO

**Julie Gorman, RN BSN:** Registered Nurse, NSW Health Australia

**Julie Snyder, BSN:** Registered Nurse, Millikin University

**Julie Yates, BSN:** Registered Nurse, Missouri Valley College

**Juliet Cochet RN, MPH:** Registered Nurse, Bon Secours

**Juliette Eilers, LPN, Undergrad RN, BSN:** Nurse, University of Athabasca

**Kaela Savage, BSN, RN:** Registered Nurse, University of Michigan-Flint

**Kaitlin Harris, PA-C:** Physician Assistant, Allina Health

**Kaitlin Kearns, RN, CCN, CPN:** Pediatric Registered Nurse, Colorado Children's Hospital

**Kaitlyn Beam, BSN, RN, ONC:** Registered Nurse

**Kaitlyn Des Jardins, BSN, RN, PED-BC, CNRN:** Registered Nurse, Children's MN

**Kaitlyn Henry BScN:** Registered Nurse, Lakehead University

**Kaitlyn Krause, BNBM:** Nurse, Midwife, Deakin University

**Kaitron Gordon RN MPH:** Staff Nurse, Vanderbilt University Medical Center

**Kalen Hermanson, MPH:** Program Manager, Alliance for a Healthier Generation

**Kaley Cochran, MSc:** Policy Specialist, University of Edinburgh

**Kamila Lakoma MSN, RN:** Registered Nurse

**Kandy Bahadur, MD:** Pediatrician

**Kara Sheely, BSN, RN:** Registered Nurse, Frederick Health

**Karen Cheever, RN, FNP:** Registered Nurse, Native American Health Center

**Karen Davis, BSN:** Registered Nurse, Atrium Health

**Karen Garrido-Nag, PhD, CCC-SLP:** Associate Professor, Gallaudet University

**Karen Rooney, RN BScN:** Communicable Disease Nurse Specialist, Saskatchewan Health Authority

**Karen Townsend, BS, RN:** Registered Nurse

**Karen Tsui, MSc:** Practice Lead, William Osler Health System

**Karly Crain, BSN, RN:** Registered Nurse, Vida Oncology

**Karly Matthews RN, BSN, CPN:** Pediatric Staff Registered Nurse, Concord Hospital

**Karrie Nicholson, BSN, RN:** RN – Critical Care, Regions Hospital, St. Paul, MN

**Kate Dowden, BN, BE:** Registered Nurse

**Kate Liefer, BSN, RN:** Research Nurse Coordinator, Saint Louis University

**Kate Meehan, MPH:** Research Investigator, Dept. of Health

**Kate Osborne, RN:** Registered Nurse, VCU Health

**Katelyn Day, MN:** Registered Nurse, DNP student, University of Minnesota

**Katelyn Kolb, RN, BSN:** Registered Nurse, University of Oklahoma Health Sciences Center

**Katey Bender BSN:** Registered Nurse, VA

**Katharine Smart, MD, FRCPC:** Pediatrician, Whitehorse General Hospital

**Katherine Boss, MPH:** Public Health Admin III, Chicago Department of Public Health

**Katherine Carlino, PharmD:** Pharmacist, Cornell Scott Hill Health Center

**Katherine Dominick, BSN:** Pediatric ICU RN, Johns Hopkins Hospital

**Katherine Gawlas BSN RN:** Registered Nurse, University of Washington

**Katherine Hess Tallering, MD:** Retired Physician, Advocate Lutheran General Hospital

**Katherine Hossepian, BSN, RN:** Registered Nurse, Kaiser Permanente

**Katherine Jones, RN:** SRNA, Duke University

**Katherine Klein MD:** Physician, SCL Health

**Katherine Mackey, BSN, RN-BC:** Team Coordinator Nursing, Jefferson Health

**Katherine Smith, RN, CRRN:** Registered Nurse, New England Rehabilitation Hospital of Portland

**Katherine Terry, MSN RN:** Registered Nurse, Texas Children's Hospital

**Katherine Tokarczyk, BSN, RN:** Registered Nurse

**Katherine Tomasi, BSN:** Registered Nurse, University of North Carolina

**Kathleen Giles MS, BSN, RN:** Registered Nurse, University of Michigan

**Kathleen Hildebrand RN:** Registered Nurse, Texas State University

**Kathleen Katchur, MPH, CHES:** Associate Epidemiology Specialist Supervisor

**Kathleen McCarel RN, BSN:** Registered Nurse – COVID ICU

**Kathryn Chojnacki, RN, MSN, CPNP-PC/AC:** Pediatric Nurse Practitioner, Phoenix Children's Hospital

**Kathryn Harrop, RN, BSN:** Registered Nurse

**Kathryn Manning, RN:** Registered Nurse, Physicians Choice Home Health

**Katie Bowler, BScN, MN:** Registered Nurse, Unity Health Toronto

**Katie Cochran, RN:** Registered Nurse, UCHealth

**Katie Fey, MS CCC-SLP:** Speech Language Pathologist, CommuniKate Speech Therapy

**Katie Geiser, RN:** Registered Nurse, Bellin College

**Katie Hryniewicz, MD:** Pediatrician, Pullman Regional Hospital

**Katie Lund, RN:** ICU Registered Nurse, St. Anthony North Health Campus

**Katie Scoggins, RN, BSN:** Registered Nurse, California State University

**Katie Turner, ADN:** Registered Nurse

**Katie Waters, BSN:** Registered Nurse, University of Alabama Birmingham Hospital

**Katlin Orlowski, BSN, RN:** Registered Nurse, Asante

**Katrina Dijamco, CPNP:** Pediatric Nurse Practitioner, Community Medical Centers

**Katrina DiNicola BSN, RN, CMSRN:** Registered Nurse, Advocate LGH

**Katrina Garcia RN:** Registered Nurse, UCLA

**Katrina Ludvigsen, BSN RN:** Registered Nurse, University of Miami

**Kayla Ashley, BSN:** Registered Nurse, Phoenix Children's Hospital

**Kayla Chapman MPH**: Epidemiologist, Minnesota Department of Health

**Kayla Simpson RN:** Registered Nurse, Inova Health System

**Kayleigh Stromgren, RN:** Registered Nurse, University of Washington

**Kaysie Swerhun, BSN:** Registered Nurse, Island Health

**Kecia Bremner, BScN:** Registered Nurse, Island Health

**Keelin Althoff, M.S., CCC-SLP:** Speech Language Pathologist, Supplemental Health Care.

**Kelcey Chilcott, MSN:** Pediatric Nurse Practitioner, Hillsboro Pediatric Clinic

**Keleigh Santarcangelo, RN:** Registered Nurse

**Kelley Palmer-McGee, BSN, RN:** Public Health Nurse, Whatcom Health Department

**Kelli Puckett RN, BSN:** Registered Nurse, Presbyterian/St Lukes

**Kelly Cahill, RN, BSN, MSN:** ICU Clinical Nurse, Queensland Health

**Kelly Glas, RN, BSN, PHN:** Registered Nurse, UC San Diego

**Kelly Johnson, BSN:** Registered Nurse, Stanford Health

**Kelly MacKenzie, BSN:** Registered Nurse, University of Texas

**Kelly Matter, RN BSN:** ICU Registered Nurse, AHS Hospital Systems

**Kelly McLaughlin, RRT:** Respiratory Therapist, American Career College

**Kelly Morrow, RN:** Registered Nurse, Asheville Buncombe Technical College

**Kelly Tolleson RN, BSN:** Registered Nurse, Pomona Valley Hospital Medical Center

**Kelly Trumpatori, MS CCC-SLP:** Senior Speech Language Pathologist, Mayo Clinic

**Kelsey Cravens, BSN:** Registered Nurse, Children's Hospital Los Angeles

**Kelsey Crowell, DO:** Resident Physician

**Kelsey Faith, BN:** Registered Nurse, Waikato Hospital

**Kelsey J. Miller MSEd: Science Educator,** Salem Keizer Public Schools

**Kelsey McAdams, BSN:** Registered Nurse

**Kelsey Ruby, RN, BSN, CCRN:** Staff Nurse, Kettering Health

**Kelsey Saari RN ADN:** Registered Nurse, Froedtert

**Kendall Mattessich BSN:** Clinical Nurse, Northwestern Memorial

**Kendra Rellas, RN, BSN:** Labor & Delivery Registered Nurse, University of Colorado Health

**Kenneth Scholz, PhD:** Scientific Director and Medical Writer, Ken Scholz, PhD, LLC

**Kerri Edwards, RN:** Registered Nurse, MidMichigan Medical Center

**Kerri West, BA, LP:** Licensed Paramedic, The University of Texas at Austin

**Kevin DeBruin, MS:** Science Communicator, DeBruin Enterprises, LLC

**Kimberley Gauthier, PhD:** Research Fellow, The Hospital for Sick Children

**Kimberly Craig, BSN:** Registered Nurse, Mercy College of Ohio

**Kimberly Kahler RN BSN Critical Care RN:** Registered Nurse

**Kimberly Sargeant, RN ASN:** Registered Nurse, Medically Home

**Kiran Dhiman, MPH:** Research Coordinator, University of Calgary

**Kirk Bertsche, PhD:** Principal Scientist

**Kirsten Maakestad, DPT:** Physical Therapist, Physical Therapy Clinic

**Krishana Sankar, PhD:** Scientist; Science Advisor, Science Up First

**Krista Biedermann, BSN, RN, CCRN:** Registered Nurse- PICU

**Krista Ciminera, BSN:** Registered Nurse, Penn Medicine

**Krista Torseth, DPT:** PT, Wave Therapies

**Kristel Joyce Gapuz, RN, BSN:** Registered Nurse, Kaiser Permanente

**Kristen Bormann BSN, CCRN, CSC:** Registered Nurse, Aya Healthcare

**Kristen Clark RN, BSN:** Registered Nurse, AMN Healthcare

**Kristen Dobson, BSN:** Nurse Manager, George Washington University

**Kristie Wall, RN:** Nurse, RMIT

**Kristin DiBona BScN:** Registered Nurse, Sunnybrook Hospital

**Kristin Gillingham, RN, BSN:** Clinical Registered Nurse III, Providence Cedars-Sinai Medical Center

**Kristin Kantautas, PhD:** Research Director

**Kristin Vosburgh, PharmD:** Pharmacist

**Kristina Borjon RN, BSN, CNOR, PHN:** Registered Nurse

**Kristina Nascimento, BSN:** Registered Nurse, Lowell General Hospital

**Kristine Matysiak PA-C:** Physician Assistant – Emergency Medicine, Door County Medical Center

**Kristyn App, BSN:** Registered Nurse, Kootenai Health

**Krystal Savage, BSN, RN:** Charge Nurse

**Kylieann Campbell, RN BSN:** ICU Registered Nurse, Northeast Georgia Hospital System

**Lacy Green, RN:** ICU Registered Nurse, University of Utah

**Laela Ghorbani, ADN:** Registered Nurse, Denver College of Nursing

**Lara Foland-Ross, PhD:** Senior Research Associate, Stanford University

**Laura A Scarborough, RNC-NIC:** Clinical Nurse – NICU, Doctors Medical Center, Modesto

**Laura Conoly, RN, BSN:** Registered Nurse, Doctors Hospital of Augusta

**Laura Dorneman, RN, BSN, CPHON:** Survivorship Nurse Coordinator, Oregon Health and Science University

**Laura Kasten, RN BSN:** Registered Nurse, Trusted Health

**Laura McFarland PT, DPT:** Physical Therapist/Clinical Instructor, Old Dominion University

**Lauren Acker, BSN RN:** Registered Nurse, Paradise Valley Hospital

**Lauren Behringer, RN BSN:** Registered Nurse, Children's Hospital of Michigan

**Lauren Boukis, MSPT:** Physical Therapist, Cleveland Clinic

**Lauren Caldwell, BSN:** Registered Nurse, Eastern Idaho Regional Medical Center

**Lauren Campbell, BSN, RN:** Registered Nurse, Ohio State University

**Lauren Chmelik, BA, BSN:** Registered Nurse

CYPR-333-YF-09099-VRCW-SCH DOT/NHW4-00-X 4/MR-Z7/EU/23 bIMR-45 PL60 fbIMRdek-ZL8

**Lauren Edington, RN-BSN:** Registered Nurse, Grand Valley State University

**Lauren Freeland, MSW:** Social Worker, University of Denver

**Lauren Harman, M.S., CCC-SLP:** Speech Language Pathologist, San Diego State University

**Lauren Heslop, BSN:** Registered Nurse, Legacy Health Systems

**Lauren Janesh, RN:** Registered Nurse, CMH

**Lauren Landis, RN, BSN:** Intensive Care Unit Nurse, Penn State

**Lauren Merkley, RN:** Registered Nurse, Navos Hospital

**Lauren Noll, BSN:** Registered Nurse

**Lauren P, RN, BSN:** Registered Nurse, EMCP

**Lauren Proffitt BHS:** Sleep Trainer, University of Tennessee

**Lauren Reischman, BSN, RN:** Registered Nurse, Providence Health & Services

**Lauren Richards, BSN, RNC-MNN:** Registered Nurse

**Lauren Rooney, MPH:** Researcher, University of Washington

**Lauren Ross, BSN, RN, IBCLC:** Registered Nurse, The University of Kansas Health System

**Lauren Schmitt, BS:** PhD Candidate, University of Colorado

**Lauren Wetzler, MHS, PA-C:** Physician Assistant, National Institutes of Health

**Lauren Winkelman, RN, BSN:** Registered Nurse, Lake Superior State University

**Laurice Abi-Rashed, RN BscN:** Registered Nurse, University of Ottawa

**Laurie Harris BSN, RN:** Registered Nurse, Kaiser Permanente

**Leah Correia, RN BSN:** Registered Nurse, University of Washington

**Leah Gideon RN:** Registered Nurse, Salem Hospital

**Leah Nunn, BSN:** RN II

**Leah Runyan, MS:** SLP, HCA Healthcare

**Leah Wilson, BS, RN, OCN:** Registered Nurse, Atrium Health

**Lesley Boswell, BSN:** Registered Nurse, George Washington University Hospital

**Leslie Allen LPN:** Nurse, Biolife Plasma

**Leslie Kelley, CPNP, MSN:** Pediatric Nurse Practitioner, Columbia University

**Lexi Moore, BSN, RN:** Registered Nurse, James Madison University

**Liah Chapman-Chittick BScN:** Registered Nurse, Dalhousie University

**Linda Nguyen, BSN RN:** Registered Nurse, Loma Linda University Medical Center

**Lindsay Belvedere, MPH:** Workplace Wellness Consultant

**Lindsay Cheal, RPN:** Registered Practical Nurse, Grand River Hospital

**Lindsay Gervais, RD:** Registered Dietitian, Alberta Health Services

**Lindsay Latkowski RN BSN:** Registered Nurse/Practice Manager, St. Joseph Health System

**Lindsey Caillier, MSN, RN:** Critical Care Registered Nurse, California Pacific Medical Center, San Francisco

**Lindsey Phillipson-Weiner M.S, M.M.S, PA-C:** Physician Assistant, Mainline Health

**Lindsey Roberts MPA PA-C:** Physician Associate, Loma Linda University

**Lindsey Thompson, DPT:** Physical Therapist, Swedish Medical Center

**Lindy Gargaro, BSN, RN, CCRN:** Registered Nurse, Detroit Medical Center

**Lisa Bouliane, RN:** Registered Nurse, UBC

**Lisa Charbonneau, BScN:** Registered Nurse – ICU, Horizon Health

**Lisa Cost, RN:** Registered Nurse, Stanford

**Lisa Deraadt, BScN:** Registered Nurse

**Lisa Garcia, RN, CCRN, CNOR:** Critical Care Registered Nurse, University of Arizona

**Lisa Knudsen, BSP:** Pharmacist, Saskatchewan College Pharmacists

**Lisa Perkins, RN:** Registered Nurse

**Lisa Pommerenke, RN:** Research Assistant, St Catherine University

**Lizdey Garcia Chavez, BSN, RN:** Registered Nurse

**Loren Williams, Phd:** Professor of Biochemistry, Georgia Tech

**Louisa Smith, RN, BSN, CEN:** Registered Nurse, University of Vermont Medical Center

**Louise Flavahan, JD, MPH:** Senior Public Policy Analyst to Retired US Senator, John's Hopkins University

**Louise Rasmussen, BN:** Registered Nurse, Australian Red Cross Lifeblood

**Lydia Cole, BSN RN:** Nurse, ChristianaCare

**Lydia Durham, BSN, RN:** Registered Nurse, Johns Hopkins

**Lydia Gallucci RN:** Registered Nurse, Cigna

**Lydia Peters RN, BSN:** Registered Nurse

**Lynne Hatton BSc Pharmacology BN RN:** Registered Nurse, PEI

**Lyssa Manning MSc:** Sr. Clinical Research Program Manager, Massachusetts General Hospital

**M.G. Finn, PhD:** Professor, Georgia Institute of Technology

**Ma. Therese Quita, RN:** Triage Nurse

**Mackenzie McKinney RN, BSN:** Registered Nurse, UTMC

**Mackenzie Regnerus, MPK:** Registered Kinesiologist

**Macy Bridges RN:** Registered Nurse, Wellstar Kennestone

**Madelaine Allgaier, BSN, RN:** Registered Nurse, Northern Arizona University

**Madeleine Chin, RN, BSN:** Registered Nurse, Tufts Medical Center

**Madeline Rodriguez, ADN:** Registered Nurse, Healthcare

**Madelynn Portell, RN BSN:** Registered Nurse, Harry S Truman Veterans Memorial Hospital, Intensive Care Unit

**Madison Clark, MSN, RN:** Registered Nurse, Marquette University

**Madison Hancock, BSN:** Registered Nurse

**Madison Lyall RN, BSN:** Registered Nurse, Regis University

**Madison Pierce, BSc, RD:** Registered Dietitian, Meno Ya Win Health Centre

**Maggie Egan, RN:** Registered Nurse, Utah

**Maggie Walker, BSN:** Registered Nurse, Dartmouth Hitchcock Medical Center

**Maija Altmaier RN:** Palliative Registered Nurse

**Majken Villiger, MD, CCFP, BSc:** Physician, Alberta Health Services

**Malaika Palma, RN:** Registered Nurse, AHS

**Mandy Mueller, RN BSN:** Registered Nurse, Concordia University – Wisconsin

**Marcela Izquierdo, RN, BSN:** Clinical Nurse, UCLA

**Margaret Baker, RN, BSN, CMSRN:** Registered Nurse, OHSU

**Maria Arshanskiy, MD, MBA:** Physician, VA Medical Center

**Maria Ciliberti, MPH MPAP PA-C:** Physician Assistant, Arrowhead Regional Medical Center

**Maria Hamm, MPH:** Program Manager, University of Montana

**María Lobifaro, MSN, CCRN:** ICU/Interventional Cardiology Registered Nurse, New York Presbyterian Hospital

**María Torre, PhD:** Professor, The City University of New York

**Maria Turcotte, MS:** Speech Language Pathologist, NYU

**Marie Armstrong PT, DPT:** Physical Therapist, Twin Cities Orthopedics

**Mariela Espinosa BSN, RN:** Registered Nurse, Medical Center

**Marina Kozina, RN:** Registered Nurse, St Michaels hospital

**Marina Wasilewski, PhD:** Scientist, Sunnybrook Research Institute

**Marissa Lycans, RN BSN:** Registered Nurse, Huntsville Hospital

**Marjorie Merchant, MSN:** PNP, Included Health

**Marjorie Watkins, MS:** Research Assistant, University of Oregon

**Mark S Clee, M.D.:** Pediatric Hospitalist, Odessa Regional Medical Center

**Marlin Madrigal, ADN:** Registered Nurse, LAHC

**Martina Ettore BSN, RN:** Registered Nurse, Penn Medicine

**Mary Ann Tebang, BScN:** Registered Nurse, Ryerson University

**Mary Cluley, BSN:** Registered Nurse, Methodist Dallas Medical Center

**Mary Flavin, MSN, BSN, RN:** Staff Nurse, Columbia University

**Mary Keller BSN, RN:** Pediatric Registered Nurse, Loma Linda University

**Mary Lorge, RN, BSN:** Registered Nurse, University of Colorado

**Mary Massarelli, BSN RN:** Registered Nurse, Dayton Children's Hospital

**Mary Pinter, MS:** Senior Project Analyst, University of Colorado

**Mary Stewart, RN:** Registered Nurse, St. Charles Health System

**MaryMargaret Rossi, BSN, RN:** Registered Nurse – ICU, MetroWest Medical Center

**Matthew Gifford:** EMT

**Matthew Nurse, MScComm, MComm:** PhD Researcher on Misinformation, Australian National University

**Matthew Way, RN, BScN (Hons):** Registered Nurse, Ontario Tech University

**Maura Lyle, PA-C:** Physician Assistant, University of Pittsburgh Medical Center

**Maura Lynch, RN, BSN:** Registered Nurse, Saint Louis University

**Maura Smith, BSN:** Registered Nurse, Sharp Healthcare

**Max Blumberg, MD:** Physician, Erie County Department of Health

**McKaylah Bradley, BSN, RN:** Registered Nurse, VA Hospital

**McKenna Mages, BSN:** Registered Nurse, Mayo Clinic – Rochester

**Meagan Connelly, RN BSN:** Registered Nurse, Sutter Health

**Meagan Dufek, RN:** Registered Nurse, Saratoga Hospital

**Meagan Parsons, BSN:** Registered Nurse, University of Saskatchewan

**Meg Kane CPNP-PC PNP PMHS:** Pediatric Nurse Practitioner, CCH

**Megan Albright, RN:** Registered Nurse – Cardiothoracic Surgery, Sanford Health

**Megan Black RN BSN:** Registered Nurse, UNM

**Megan Chapin, BSN, RN:** Registered Nurse, Associate Faculty, Providence Regional Medical Center and Edmonds Community College

**Megan Coulter, MSN, RN:** Registered Nurse, Einstein Healthcare Network

**Megan Cushner, RN:** Registered Nurse, West Chester University

**Megan Green, RN, MScN, BScN, BHSc:** Registered Nurse, Public Health Nurse, Masters Graduate of the University of Toronto

**Megan Johnson, RN:** Registered Nurse, Kaiser Hospital San Jose

**Megan Miller, BSN, RN, OCN:** Registered Nurse, University of Washington

**Megan Orr, MD:** Resident Physician, Advocate Aurora Health

**Megan Pollock, RRT:** Registered Respiratory Therapist, ENMUR

**Megan Porter, BSN, RN:** Registered Nurse, Maine Medical Center

**Megan Rademacher RN, BSN:** Research RN, Children's Hospital

**Megan Wells RN BSN:** Registered Nurse

**Megan Wentzel, BSN:** Registered Nurse, Memorial Medical Center, Las Cruces NM

**Meghan Burek, MSc, RD:** Registered Dietitian, University of Guelph

**Meghan Campbell, MSW, LICSW:** Therapist, Bridgewater State University

**Meghan Gerli RN:** Registered Nurse, Kaiser Permanente

**Mei Ho BSN:** Registered Nurse, University of Victoria

**Melanie Diep PHM:** Sr. Public Health Microbiologist/BT Coordinator, Santa Clara County Public Health Laboratory

**Melanie Galace, PharmD:** Pharmacist, CVS Health

**Melinda Grant, BSN OCN RN:** Registered Nurse, Simmons

**Melissa Bommarito, MSN, APRN, CPNP:** Pediatric Nurse Practitioner – Allergy/Immunology Department, Saint Louis University

**Melissa Edwards MSW:** School/Child Therapist, Live Oak School District

**Melissa Kalisvaart, PT, DPT, OCS:** Pediatric Physical Therapist, Children in Motion Therapy Services

**Melissa Kramer, MD:** Pediatrician, CPCMG

**Melissa McElfish, BSN, RN, CCRN, SCRN:** RN Unit Supervisor, Inova Fairfax Medical Campus

**Melissa Nazareno Mascetti, CSFA:** Surgical First Assist, Ascension St Agnes Hospital

**Melissa Pilcher, RN:** PICU Registered Nurse, University of Kentucky healthcare

**Melyssa Parry, BSN, RN:** Registered Nurse, University of Utah

**Meredith Gibboney RN:** Registered Nurse, Kaiser Permanente

**Meredith Plakosh, RN:** Registered Nurse, University of Rochester Medical Center

**Meredith Sapp BSN, RN, CHPN:** Registered Nurse

**Merli Alcasid, RN:** Registered Nurse, Barlow Respiratory Hospital

**Michael Hoos, PhD:** Scientific Liaison

**Michael Mathewson, RN:** Professional Staff Nurse, UPMC Children's Hospital of Pittsburgh

**Michael Sedurifa, MSN, RN:** Registered Nurse, Charles R. Drew University of Medicine and Science

**Michaelle Melnuk, RN, BSN:** RN, BSN, NM Health

**Michele Kilpatrick RN:** Registered Nurse, Chelsea Senior Living

**Michelle Arbogast RN, BSN:** Registered Nurse, Adventist Health Glendale

**Michelle Arquines, BSN:** Registered Nurse, University of San Francisco

**Michelle Conway BSc, BSN:** Registered Nurse, Saskatchewan Health Authority

**Michelle Cunanan, BSN:** Registered Nurse, Kaiser Oakland

**Michelle Gallegos Guillen, BSN RN:** Registered Nurse, M Health Fairview

**Michelle Hoekstra, PT, DPT:** Physical Therapist, Parham Doctors' Hospital – HCA

**Michelle Johnson BSN:** Registered Nurse, Temecula Valley Hospital

**Michelle Kline, PhD:** Senior Lecturer, Brunel University

**Michelle Managh, RN, BN, PGDipSci:** Registered Nurse, Auckland City Hospital

**Michelle Melanson RN:** Registered Nurse, PHCC WRHA

**Michelle Short, RN:** Registered Nurse, Indiana State University

**Michelle Silvers, RN:** Registered Nurse, St. Vincent Charity Medical Center

**Michelle Venegas BSN RN:** Registered Nurse, PIH Health Whittier

**Michelle Wasil BSN, RN:** Nurse Case Manager, UnitedHealth

**Misty Lahti, MSPC, BSN, RN, CCRN:** Registered Nurse, Kaiser Permanente

**Molly Chapman BS BSN RN CNOR:** Registered Nurse, OSU

**Molly Long, RN:** ICU Registered Nurse, Travel Nurse

**Molly Pilarski, MD:** Staff Emergency Physician

**Monica Diienno, RN, BSN:** Registered Nurse, White Plains Hospital

**Monica Hayes, BSN, RN:** Registered Nurse, Swedish Medical Center

**Monica Stein, BSN:** Registered Nurse, MedStar Washington Hospital Center

**Monika Haoui, PhD:** Postdoctoral Fellow, University of California, Berkeley

**Morgan Jenkins, MD,** FACOG**:** Physician, Monadnock OB/Gyn Associates

**Nancy Miodrag, PhD:** Professor, California State University Northridge

**Naomi Koh Belic, PhD:** Senior Research Development Officer, University of Sydney

**Natalia Cárdenas, PA-C, MSPAS, MPH:** Physician Assistant, Borrego Health

**Natalia Solenkova, MD PhD:** Physician

**Natalie Adams, BSN:** Registered Nurse, Azusa Pacific University

**Natalie Conrad, BSN:** Registered Nurse, UCLA Health

**Natalie Firato, RN, BSN:** Staff Nurse IV, Kaiser Permanente

**Neelam Gorman, BSN:** Registered Nurse, UC Davis Medical Center

**Neena Folliott MSc:** Physical Therapist, University of Toronto

**Nes Yussuf, BSN:** Registered Nurse, Centinela Hospital Medical Center

**Nicholas B. Tiller, Ph.D.:** Senior Research Fellow, UCLA

**Nick Eldridge, RN:** Registered Nurse, University of Alabama

**Nicole Andrews BSN, RN:** Registered Nurse, Ocean University Medical Center

**Nicole Cohen, BSN RN:** Registered Nurse, Penn Medicine

**Nicole LaFuze, BSN:** Registered Nurse, CHLA

**Nicole Myers, PA-C:** Physician Assistant, Wellspan Health

**Nicole Robbins PhD:** Senior Research Associate, University of Toronto

**Nicole Van Nas, BSN:** Registered Nurse

**Nicolette Meccia, BSN:** Senior Nurse Clinician, NYU Langone Health

**Nida Kanari, RN BSN:** Registered Nurse, Children's Hospital Los Angeles

**Nikki Belcher, MSN, RN, RNC-OB, CNE:** Registered Nurse, Assistant Professor, Research College of Nursing

**Nikki McGraw, BSN:** Registered Nurse, University of Utah

**Niklas Mattheus, ADN:** Registered Nurse, House Supervisor, Placentia Linda Hospital

**Nilesh Shah, PhD:** Assistant Professor, University of Pittsburgh

**Nimisha Amin, MD:** Pediatrician and Pediatric Nephrologist, Private Practice

**Noan Cambe, BSN:** Registered Nurse, The Mount Sinai Hospital

**Nupur Sehdev, PA-C:** Physician Assistant

**Nuri Colin, RN:** Registered Nurse, PHHS

**Olivera Alilovic, RN:** Registered Nurse, Sutter Health

**Olivia Johl, RN:** Clinical Resource Nurse, UC Davis Health

**Olivia McLaren, BSN:** Registered Nurse

**Olivia Strubel, RN:** Nurse Coordinator, Alfred Health, Melbourne Australia

**Paige DeHaan M.S CCC-SLP:** SLP

**Paige Kauserud BSN, RN:** Registered Nurse, Livingston Pediatric Center

**Pamela Lincez, PhD:** Research Associate, University of British Columbia

**Pamela O'Hara Jones, RN, BSN:** RN-BSN, Eastern Kentucky University

**Pamela Reed, BSN, RN:** Registered Nurse, Massachusetts General Hospital

**Patricia Troy, RN:** Registered Nurse, Swedish Medical

**Paula Goines, PhD:** Scientific Evidence Manager, Symplr

**Paulina Bajorek, PharmD, Rph:** Pharmacist, University of Waterloo

**Pearl Peters, MPH:** Puberty and Sex Educator

**Peggy Wentworth, PhD:** Research Strategic Advisor, University of California, San Diego

**Phoebe Lane, RN MSN:** ICU Registered Nurse, Presbyterian Healthcare Services

**Phuong Vo, BSN, RN, OCN, MEDSURG-BC:** Staff Infusion Nurse, Dana-Farber Cancer Institute

**Pol Laanen, MSc. in Biochemistry and Biotechnology:** PhD Candidate, Hasselt University

**Pooneh Salehi RN:** Registered Nurse, Kaiser Permanente

**Prativa Baral, MPH:** PhD Candidate, Johns Hopkins School of Public Health

**Rachael Hiden, BSN, RN:** Registered Nurse, UF Health Shands

**Rachael Sullivan, MD:** Surgeon/Surgical Intensivist, Cleveland Clinic

**Rachael Thompson Bsc BHSc:** Physician Assistant Emergency Medicine, Instructor McMaster University, South Bruce Grey Health Centre, McMaster University.

**Rachel Baker BSN RN PCCN:** Registered Nurse, Lee Health

**Rachel Boren, MD:** Resident Physician, University of Texas

**Rachel Brookes, RN:** Registered Nurse, York University

**Rachel Brown, MSN:** Registered Nurse, Marquette University

**Rachel Fitzmaurice RN MSN:** Registered Nurse Care Manager, Department of Veterans Affairs

**Rachel Maas, MPH:** Researcher & Evaluator, University of California, Berkeley

**Rachel Matsko, RN:** Registered Nurse, Bozeman Health

**Rachel Robertson, BSN:** Registered Nurse, UPMC

**Rachel Szadyr, BSN, RN:** Registered Nurse – CICU, Beaumont Health

**Rachel Tilghman, MPH:** Public Health Professional

**Rachel Webb, MMS PA-C:** Physician Assistant, University of Utah

**Rachel Weiner, BSN:** Nursing Manager, M Health Fairview

**Rachel Williams, BSN:** ICU Registered Nurse, Supplemental Healthcare

**Rachna Chari MD CCFP:** Physician, Lecturer, University of Toronto

**Raleb Taher, PhD:** Postdoctoral Scholar, University of California, Irvine

**Randy Duarte, RN:** Rapid Response/Code RN, Riverside Community Hospital

**Ranin Elias, BSN:** Registered Nurse, Beaumont Hospital

**Rebecca Clagg, RN:** Registered Nurse, Children's Hospital of the King's Daughters

**Rebecca Dietzold, BSN RN:** Registered Nurse

**Rebecca Hale RN, BSN:** Registered Nurse, University at Buffalo

**Rebecca Hawthorne PA-C, MPAS:** Physician Assistant, Texas Health Physicians Group

**Rebecca Kim, M.A., OTR/L:** Pediatric Occupational Therapist

**Rebecca Lapating, PA-C:** Physician Assistant, Hoag

**Rebecca Lewis, BSN, RNC-OB/EFM, PHN, SANE:** Registered Nurse, MarinHealth Medical Center

**Rebecca Nussbaum BSN:** Nurse Care Coordinator, Goshen Hospital

**Rebecca Pattison, BA, AAS:** Registered Nurse, Beaumont Hospital

**Rebecca Stephenson BSc, PGDip Nursing:** Specialist Nurse, Newcastle Upon Tyne NHS Foundation Trust

**Rebekah Gonzalez, RN BSN:** Registered Nurse, Lehigh Valley Health Network

**Regan Byrd, BSN:** Registered Nurse, Boise State University

**Rejeana Scarpello, BSN:** Registered Nurse, Good Samaritan Hospital

**Retta Sola, BSN:** Registered Nurse, Emory Healthcare

**Richard Goldwasser MD:** Psychiatrist

**Richard M. Carpiano, Ph.D., M.P.H.:** Professor of Public Policy, University of California, Riverside

**Robert Cook, RN, BSN:** Registered Nurse, University of Rochester Strong Memorial Hospital

**Robin Moxon, BScN:** Registered Nurse, Switch Health

**Robyn Zupancic, RN, BScN:** Registered Nurse, Duke University

**Rosalynd Burke, BSN:** Registered Nurse, UPMC Presbyterian Shadyside

**Rose Powers, RN:** Vice President, Northwell Health

**Rose Trotta, MD:** Resident Physician, Duke University

**Roshel Graham MD:** Pediatric Hospitalist, SCPMG

**Ryan McLaughlin, BSN:** Registered Nurse

**Ryann Mason, RN:** Registered Nurse, Carilion Roanoke Memorial Hospital

**Saasha Gorrie, BSN, RN:** Registered Nurse, Public Health

**Sachi Dade, BSN:** Registered Nurse, Australian Catholic University

**Sadat Hasen, BSN, RN, MSN (c):** Registered Nurse, New York University

**Sally Hibscher Reid, BSN, RN-BC, PCCN:** Registered Nurse, Texas Health Resources

**Samantha Ahwah RN BSN:** CN III, City of Hope

**Samantha Bowen, RN:** Registered Nurse, El Camino Health

**Samantha Cooper RN- ADN:** Registered Nurse, GWCC

**Samantha D'costa BSN, RN:** Registered Nurse, Long Beach Memorial

**Samantha LeGault BSN:** Registered Nurse, Northwest Nazarene University

**Samantha Rossano, PhD:** Postdoctoral Research Scientist, Columbia University

**Samantha Ruda, BSN, RN:** Registered Nurse, University at Buffalo

**Samantha Wilson, PhD:** Postdoctoral Fellow, Princess Margaret Cancer Centre

**Samuel Price, DO:** Physician, Norton King's Daughters' Health

**Sandra A Raehtz, DO, PhD:** Physician; Core faculty at FM Residency Program, Mercy Health Muskegon

**Sandra FitzGerald, PA-C:** Physician Assistant, Brigham and Women's Hospital

**Sandra Santos, RN:** Registered Nurse, Uvalde Memorial Hospital

**Sangeeta Nair, PhD:** Recent Doctoral Graduate in Neurosciences, University of Alabama at Birmingham

**Sara Levine, RN:** Nurse, Cottage Health

**Sara Lucas, BSN:** Registered Nurse

**Sara Quinn, BSN:** Registered Nurse, Montana State University

**Sarah Anderson, MS CCC-SLP:** Speech Language Pathologist, University of Nebraska-Lincoln

**Sarah Anne Lovell, BS, MSN(c):** Registered Nurse, Yale University

**Sarah Ashwell, BScN:** Registered Nurse, Island Health

**Sarah Barrett, BSc, RGN.:** Nurse, Dublin City University

**Sarah Carroll, BSN, RN:** Sr. Clinical Research Associate, Bellarmine University

**Sarah Dettmann, BSN, RN:** Registered Nurse, ICHN

**Sarah Doble, BSN:** Critical Care Registered Nurse, Legacy Health

**Sarah Eichenbaum, RD:** Registered Dietitian

**Sarah Figueras, MA, CF-SLP:** Speech Language Pathologist, University of North Carolina at Greensboro

**Sarah Hagen, RN:** Nurse, Derma Medical

**Sarah Hughes, MPAS, PA-C:** Physician Associate, Instructor in Medicine, Dartmouth-Hitchcock Medical Center, Geisel School of Medicine

**Sarah Huling, BSN, BA, RN:** Registered Nurse, Duly

**Sarah Jelgerhuis, BSN:** Registered Nurse

**Sarah Jennings RN, BSN, CPHON:** Clinical Instructor, EKU

**Sarah Kaczka BSN, RN:** Registered Nurse, National Jewish Health

**Sarah Krmpotich, RN, BSN:** Registered Nurse, Private Pediatric Clinic

**Sarah Menegio; BS Psychology:** Social Welfare Manager, Dutchess County Social Services Medicaid

**Sarah Moes, BScN:** Registered Nurse in Emergency and Critical Care, Vancouver Coastal Health

**Sarah Nelson-Taylor, MD, PhD:** Pediatrics Resident, University of Colorado

**Sarah Owens, BSN RN:** Registered Nurse

**Sarah Peck, RN, MSN, IBCLC:** Registered Nurse and Lactation Consultant, Nesting Lactation, Nursing Corp.

**Sarah Quigley BScN:** Registered Nurse, The Ottawa Hospital

**Sarah Vogel, MSN, RN, CPHON:** Registered Nurse, Flatiron Health

**Sarah, RN, BSB:** Registered Nurse, Ohio State University

**Sasha Voll, BSN, RN:** Registered Nurse, Portland VA Medical Center

**Scott Kelly, RN:** Registered Nurse, St. Luke's Health System

**Shannon Butler, RN:** Hospital Staff Nurse, Kaiser Permanente

**Shannon Carey, PA-C:** Physician Assistant, MNMC

**Shannon Diers, RN, BSN:** Staff Nurse, Children's Minnesota

**Shannon Hughes BSN:** Registered Nurse, Yale New Haven Hospital

**Shannon Miller, RN:** ICU Registered Nurse, Medical Solutions

**Shannon Mitchell, RN, BSN:** Staff Nurse, Northwestern Medicine

**Shannon Nickerson, BScN:** Public Health Nurse

**Shannon Zappa, RN, MSN:** Registered Nurse, Hennepin County Medical Center

**Shavon Bettencourt BSN, RN-BC, PCCN, CHFN:** Registered Nurse, Lowell General Hospital

**Shawnda M Geisel BSN, RN:** Registered Nurse, Cleveland Clinic

**Sheila Diehl, RN, BSN, RNC:** Registered Nurse, University of Pennsylvania

**Shelby Quaderer, RN, ADN:** Registered Nurse, Michigan Progressive Health

**Shelley Arnold, PhD:** Psychologist, Kids Neuroscience Centre

**Shiela Abayon, BSN:** Registered Nurse, Valley Medical Center

**Shirin Heydari, PA-C:** Surgical Physician Assistant, Providence

**Shruti Amin, MD:** Resident Physician PM&R, One Brooklyn Health

**Sierra Roberts RN:** Registered Nurse, Maine Medical Center

**Siobhán Mulcahy, RN:** Nurse, Kings College

**Siri Webber, RN:** Registered Nurse, Sutter CPMC

**Sofie Diakoulas, RN BSN:** Registered Nurse, Johns Hopkins Hospital

**Sonia Finrow BSN RN:** Registered Nurse, Providence Regional Medical Center Everett, WA

**Sonia Khatter MD:** Physician, University of Colorado

**Sonia M Lee, BSN:** Critical Care Registered Nurse, Fraser Health Authority

**Stacey Lynes, PharmD:** Pharmacist

**Stacey Roth, MS, CCC-SLP:** Teacher of Speech and Language Therapy, NYC DOE

**Stacy Pyzowski, RN:** Registered Nurse, Medstar Health

**Stefanie Meyer, BSN, RN:** Registered Nurse-Oncology, Island Hospital

**Steffi Matthyssen, PhD:** Postdoctoral Microbiologist, University of Antwerp

**Stephanie Atella, MPH:** Project Director, ICAAP

**Stephanie Belokin, DO:** Physician

**Stephanie Bunch, RN BSN:** Registered Nurse – NICU, Wolfson Children's Hospital

**Stephanie Castro, RN BSN:** Registered Nurse, Kaiser Permanente

**Stephanie Chou, BSN RN:** Registered Nurse, Kaiser Permanente

**Stephanie Foster BSN, RN:** Registered Nurse, BUMC

**Stephanie Griego, BS, RN:** Rn, Clinical Nurse II, Children's Hospital Orange County

**Stephanie Hitt BSN, RN:** Registered Nurse, Swedish Hospital

**Stephanie Hungerford, BS RN:** Registered Nurse, FAU

**Stephanie Kooi, RN BSN:** Registered Nurse/Patient Logistics, George Washington University Hospital

**Stephanie Petry, PA-C:** Physician Assistant

**Stephanie Vance, MOT, OTR/L:** Pediatric Occupational Therapist, Pediatric Therapy Services, University of St. Augustine

**Susan M Hare, BSN:** Registered Nurse (PACU), URMC

**Susan York RN:** Registered Nurse, Santa Clara Valley Medical Center

**Sydnie Halverson-Dahl, RN:** Registered Nurse, Wyoming Medical Center

**Sylvia Tangney, MPH:** PhD Candidate in Epidemiology, Graduate Student Researcher, UCLA

Syndi shefer, ms Ccc-slp: Speech Pathologist

**Talarah Peters, BSN, BSc:** ICU Registered Nurse, Royal University Hospital, Saskatoon, Canada

**Talia Coveleski, BSN:** Registered Nurse, University of California San Francisco Medical Center

**Talia Shoval, RN BSN:** Registered Nurse, Children's Hospital Colorado

**Tallya Llewelyn, BSN-RN:** Nurse, Intermountain Healthcare

**Tammie Liu, MSN, APRN, FNP-C:** Registered Nurse, Orange County Global Medical Center

**Tanya Shockley RN, BSN, CCRN:** Charge RN, Texas Health Resources

**Tanya Simbra, RN:** Registered Nurse, Sharp Healthcare

**Tara Fairbrother, RN:** Cardiac Nurse, Red Deer Hospital, Alberta, Canada

**Tara Hanau, RN, BSN:** Registered Nurse, MedStar Georgetown University Hospital

**Taryn Martin, BS RVT:** Vascular Sonographer, Oregon Tech/ UCHealth

**Taylor Black, RN-BSN:** Registered Nurse – ER

**Taylor McCullough-Fries, BSN, RN:** Registered Nurse, Children's Hospital New Orleans

**Taylor Wood RN:** ICU Registered Nurse

**Taylor Young, BSN-RN:** Registered Nurse, ChristianaCare

**Teresa Nodal, MD:** Assistant Lead Physician, Pediatric Associates

**Teresa Thompson-Webster RN, BSN:** Registered Nurse

**Terra Hamasaki, BA, BSN, RN:** Registered School Nurse, The Evergreen School

**Tessa Rabinowitz, RN:** Registered Nurse, Lenox Hill Hospital

**Tessa Simon, RN:** Registered Nurse, Kaiser Permanente

**Thanida Pattana, BSN, RN:** Registered Nurse, Children's National Hospital

**Theresa Mazur RN, BSN:** Staff RN, Holy Cross Hospital ER-Chicago

**Theresa Paskert, BSN, RN:** Registered Nurse, Medical Solutions

**Theresa Rivera, MSN:** Registered Nurse, Kaiser Permanente

**Thomas Schilling, PhD:** Professor, Fitchburg State University

**Tia Cooper, RN BSN:** Registered Nurse, University of Colorado

**Tiana Ciccarelli, MSc:** Public Health and Health Systems Graduate, University of Waterloo

**Tiffany Broadway, BSN, RN, C-NPT:** Registered Nurse, Kaiser Permanente

**Tina Crawford, RN BSN:** Registered Nurse, University of San Francisco

**Tom Lemaitre, MSc:** PhD Candidate, KU Leuven

**Tori Montague RN:** Registered Nurse, Carson Fabius Regional Medical Center

**Trea Silvester, BSN:** Registered Nurse, Intermountain Healthcare

**Tricia Meyer RN:** Registered Nurse, Kaiser Permanente

**Tricia Sutton BSN:** Registered Nurse, SHN

**Tyler Nguyen, MS, PhD:** Postdoctoral Fellow, Indiana University School of Medicine

**Ursula Smith BSN, RN:** Retired Registered Nurse

**Valerie Casey RN,BSN:** Staff Nurse, University of Connecticut

**Valerie Stancyk, RN:** Registered Nurse, Sutter Health

**Valery Notaro, PT, DPT:** Physical Therapist, Fusion Medical Staffing

**Vanessa Sonnen, BSN, RN:** Registered Nurse, SLVRMC

**Varisa Viera, RN:** Registered Nurse, Host Healthcare

**Veronica Bruggeman, BSN:** Registered Nurse

**Veronica Smith BSN RN:** Registered Nurse, Christ Medical Center

**Veronica Villegas, MSN:** Public Health Nurse, UCLA

**Victoria Bennett BSN, RN:** Registered Nurse, St. Joseph Hospital

**Victoria Craig, RN:** ICU and Dialysis Registered Nurse, University of Toronto

**Victoria Tuccillo, BSN, RNC:** Registered Nurse, Virtua Hospital

**Wendy McMakin, RN, BSN:** Public Health Nurse, MESD

**Wesley Sohn, RN BScN:** Emergency Department Registered Nurse, Trillium Health Partners

**Whitney Sterling RN:** Registered Nurse, UW

**Wyatt Pendleton BSN, RN, CEN:** Registered Nurse, Yale New Haven Health System

**Yera Chokshi, DO:** Physician, Novant Health

**Yolanda Lope, BSN:** Registered Nurse, University of Utah

**Yorman Gomez, BSN RN:** Registered Nurse, Lurie Children's Hospital of Chicago

**Zeena Al-Tai, MD:** Physician, Clinicas del Camino Real

Advertisement