IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

DR. ROBERT W. MALONE )
)
     Plaintiff, )
)
v. )    Case No. 3:22-cv-00046
)
)
WP COMPANY, LLC )
d/b/a The Washington Post )
)
     Defendant. )
_____ )

# CONSENT MOTION TO EXTEND DEADLINES

Plaintiff, Dr. Robert Malone ("Plaintiff"), by counsel, pursuant to Local Rule ("LR") 11, respectfully moves the Court to extend the deadline for Dr. Malone to file his opposition to Defendant's motion to dismiss [*ECF No. 9*] and to extend the deadline for Defendant to file any reply to Dr. Malone's opposition.

1. Defendant consents to this Motion.

2. Dr. Malone commenced this action on August 19, 2022.

3. Defendant filed a motion to dismiss on November 7, 2022.

4. The time for filing an opposition to Defendant's motion or an amended complaint has not expired.

5. The deadline for Dr. Malone to file an opposition to Defendant's motion has not been continued or extended previously.

6.     Counsel for Dr. Malone is currently under a summary judgment deadline in a complex defamation case in the Northern District of Iowa, and needs additional time to complete a brief in opposition to Defendant's motion to dismiss in this case.

7.     Counsel for Dr. Malone has conferred in good faith with counsel for Defendant pursuant to the Local Rules.  Defendant consents to this Motion.

## **CONCLUSION**

For the reasons stated above, Dr. Malone respectfully requests the Court to grant his Motion and extend the deadline for Dr. Malone to file an opposition to Defendant's motion to dismiss to and including November 28, 2022 and for Defendant to file any reply to Dr. Malone's opposition to and including December 12, 2022.  A proposed Order is attached as *Exhibit "A"*.


DATED:        November 20, 2022


DR. ROBERT W. MALONE


By:    */s/ Steven S. Biss*
_____
       Steven S. Biss (VSB # 32972)
       300 West Main Street, Suite 102
       Charlottesville, Virginia 22903
       Telephone:  (804) 501-8272
       Facsimile:  (202) 318-4098
       Email:  stevenbiss@earthlink.net

       *Counsel for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.


By:   */s/ Steven S. Biss*
                Steven S. Biss (VSB # 32972)
                300 West Main Street, Suite 102
                Charlottesville, Virginia 22903
                Telephone:  (804) 501-8272
                Facsimile:  (202) 318-4098
                Email:  stevenbiss@earthlink.net

                *Counsel for the Plaintiff*