IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| DR. ROBERT W. MALONE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:22-cv-00046 |
| | ) |
| WP COMPANY, LLC | ) |
| d/b/a The Washington Post | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

Before the Court is a Consent Motion to Extend Deadlines to file an opposition to Defendant's motion to dismiss and to file a reply to Plaintiff's opposition.

**IT IS ORDERED** for good cause and for the reasons stated in Plaintiff's motion, the motion is **granted**. Plaintiff shall file and serve an opposition to Defendant's motion to dismiss [*ECF No. 9*] by November 28, 2022 and Defendant shall file any reply to that opposition by December 12, 2022.

**IT IS SO ORDERED** this ___ day of November, 2022.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE