UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

    Plaintiff,

v.

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

    Defendant.

Case No. 3:22-cv-00046

## NOTICE OF APPEARANCE

    To the Clerk of this Court and all parties of record, please take notice of the appearance of Nicholas G. Gamse, admitted to appear in this action *pro hac vice*, for Defendant WP Company LLC d/b/a The Washington Post.

Dated: December 12, 2022

Respectfully submitted,

By: /s/ *Nicholas G. Gamse*

Nicholas G. Gamse (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ngamse@wc.com

*Counsel for WP Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

                                              /s/ *Nicholas G. Gamse*
                                           *Counsel for WP Company LLC*