UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

    Plaintiff,

v.

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

    Defendant.

Case No. 3:22-cv-00046

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please take notice of the appearance of Nicole Chenelle, a member of the bar of the Court, for Defendant WP Company LLC d/b/a The Washington Post.

Dated: March 7, 2023

Respectfully submitted,

By:   /s/ *Nicole Chenelle*

Nicole Chenelle (VSB No. 93432)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
nchenelle@wc.com

*Counsel for WP Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ Nicole Chenelle
*Counsel for WP Company LLC*
