UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

    Plaintiff,

v.

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

    Defendant.

Case No. 3:22-cv-00046

### MOTION TO WITHDRAW PERRY F. AUSTIN AS COUNSEL OF RECORD

Defendant WP Company LLC d/b/a The Washington Post respectfully moves the Court pursuant to Local Rule 6(i) for an order allowing the withdrawal of Perry F. Austin as counsel of record for the Post and states as follows:

1. Mr. Austin will be leaving Williams & Connolly LLP on March 8, 2023.

2. As a result, Mr. Austin will have no further involvement in this matter.

3. The Post will continue to be represented by remaining counsel from Williams & Connolly LLP.

4. The Post was given reasonable notice of Mr. Austin's withdrawal from the matter and had no objection.

Dated:  March 7, 2023

/s/ *Perry F. Austin*
Perry F. Austin (VSB No. 93373)
Williams & Connolly LLP

680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
paustin@wc.com

*Counsel for WP Company LLC*

*Of Counsel for WP Company LLC:*

Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Nicole Chenelle (VSB No. 93432)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Counsel for WP Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing Motion to Withdraw Perry F. Austin As Counsel of Record with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Perry F. Austin*
*Counsel for WP Company LLC*