UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DR. ROBERT W. MALONE,

    Plaintiff,

v.

WP COMPANY LLC,
D/B/A THE WASHINGTON POST,

    Defendant.

Case No. 3:22-cv-00046

### [PROPOSED] ORDER

THIS MATTER is before the Court on Defendant WP Company LLC d/b/a The Washington Post's (the "Post") Motion to Withdraw Perry F. Austin as Counsel of Record (the "Motion"). For the reasons stated in the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion be **GRANTED**; and it is

**FURTHER ORDERED** that Perry F. Austin be terminated as counsel of record for the Post.

Date: _____

                                                    Joel C. Hoppe
                                                    United States Magistrate Judge