IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DR. ROBERT W. MALONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:22-CV-00046 |
| | ) |
| WP COMPANY, LLC, | ) |
| D/B/A THE WASHINGTON POST, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the Court's September 28, 2023 opinion, Dkt. 24, Defendant's motion to dismiss is **GRANTED**. Dkt. 9. The Clerk of the Court is directed to **STRIKE** this case from the docket.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this Order to the parties.

Entered this  28th  day of September, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE